TERRANCE L. STINNETT, ESQ. 046010
39150 Fremont Blvd, 3rd Floor
Fremont, CA 94538
Telephone: (510) 505-5335

Attorney for Fremont Bank
A Secured Creditor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re SAWHNEY PROPERTY LP aka
SAWHNEY PROPERTIES LLC (GP)

               Debtor.

Case No. 11-70893 RLE 11

Chapter 11

## FREMONT BANK'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Fremont Bank, a creditor herein, by and through its attorney, Terrance L. Stinnett, Esq., appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

        TERRANCE L. STINNETT, ESQ.
        39150 Fremont Blvd., 3rd Floor
        Fremont, CA 94538
        Telephone:   (510) 505-5335
        Facsimile:    (510) 670-2402
        Email:        Terrance.Stinnett@FremontBank.com

   <u>and</u>

        FREMONT BANK
        Attn: Donald H. Marek
        Director Commercial Assets
        Commercial Credit/Administration Department
        39150 Fremont Blvd, 3rd Floor
        Fremont, CA 94538
        Telephone:   (510) 505-5286
        Facsimile:    (510) 512-1659
        Email:        don.marek@fremontbank.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code sections and rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, order, reply, answer, schedules of assets and liabilities and statement of financial affairs, operating report, plan of reorganization or liquidation, pleading or request filed in connection with the above-referenced case or any proceedings therein, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight express, electronic mail, hand deliver, telephone, telegraph, facsimile or otherwise.

This notice of appearance and demand for notices and papers shall not be deemed or construed to be a waiver of any the rights of Fremont Bank, including the right (1) to have final orders in non-core matters entered only after de novo review by a United States District Judge; (2) to invoke the right to a trial by jury in any proceeding so triable in this case or any case, controversy or proceedings related to this case; (3) to move the United States District Court to withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to contend that jurisdiction or venue in this Court is improper or inappropriate.

DATED: October 18, 2011

TERRANCE L. STINNETT

By: /s/ *Terrance L. Stinnett*
    Terrance L. Stinnett
    Attorney for Fremont Bank