THOMAS G. MOUZES (SBN 099446)
MARK GORTON (SBN 099312)
BOUTIN JONES INC.
Attorneys at Law
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Phone: 916.321.4444
Fax: 916.441.7597
Email: tmouzes@boutinjones.com
        mgorton@boutinjones.com

Attorneys for Creditor
RABOBANK, N. A., assignee of Federal Deposit
Insurance Corporation, as Receiver of Pacific State Bank

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND DIVISION)

| | |
|---|---|
| SAWHNEY PROPERTIES LP, <br> aka Sawhney Prooperties LLC (GP) <br><br> Debtor. | Case No. 11-70893 <br><br> Chapter 11 <br><br> **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST** |

    **PLEASE TAKE NOTICE** that the undersigned, counsel to Rabobank, N.A., assignee of Federal Deposit Insurance Corporation, as Receiver of Pacific State Bank, a secured creditor and a party-in-interest in this bankruptcy case, pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Rules 2002, 9007 and 9010(b), requests that copies of all notices, pleadings or papers given or required in this case and copies of all notices, pleadings or papers served or required to be served in this case be given to and served upon the following.

> RABOBANK, N.A.
> c/o THOMAS G. MOUZES, ESQ.
> Boutin Jones Inc.
> 555 Capitol Mall, Suite 1500
> Sacramento, California 95814
> Telephone: (916) 321-4444
> Facsimile: (916) 441-7597
> Email: tmouzes@boutjones.com

1

Notice of Appearance and Request for Special Notice
and Inclusion in Mailing List
433977.1

Case: 11-70893   Doc# 8   Filed: 10/18/11   Entered: 10/18/11 15:50:45   Page 1 of 2

1     **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the

2 notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, any

3 plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications,

4 complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply

5 paper, memoranda and briefs in support of any of the foregoing and any other documents brought

6 before this Court with respect to this proceeding, whether formal or informal, whether written or

7 oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier,

8 e-mail, or otherwise.

9     The Notice of Appearance and Request for Special Notice shall <u>not</u> be deemed to be a waiver

10 in any form including, without limitation, of the above-named secured creditor's and party-in-

11 interest's right: (1) to have final orders in non-core matters entered only after *de novo* review by a

12 District Court Judge; (2) to trial by jury in any proceeding so triable in this case or any case,

13 controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference

14 in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims,

15 actions or defenses to which the above-named secured creditor and party-in-interest is or may be

16 entitled, in law or in equity, all of which rights, claims, actions or defenses the above-named secured

17 creditor and party-in-interest expressly reserves.

18 DATED: October 18, 2011

19                     BOUTIN JONES INC.
                                    Attorneys at Law

20

21

22                     By:      */s/ Thomas G. Mouzes*
                         THOMAS G. MOUZES

23                     Attorneys for Creditor

24                     RABOBANK, N.A., assignee of Federal Deposit
                    Insurance Corporation, as Receiver of Pacific State

25                     Bank

26

27

28

2

Notice of Appearance and Request for Special Notice

433977.1