BARBARA A. MATTHEWS (SBN 185094)
Assistant U.S. Trustee
LYNETTE C. KELLY (SBN 120799)
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
e-mail: lynette.c.kelly@usdoj.gov
Telephone: (510) 637-3200

Attorneys for Acting United States Trustee,
Region 17, AUGUST B. LANDIS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No. 11-70893 RLE
)
SAWHNEY PROPERTIES LP, ) Chapter 11
)
                Debtor. )
)
_____)

## UNITED STATES TRUSTEE'S OBJECTION TO APPLICATION OF DEBTOR FOR EMPLOYMENT OF COUNSEL AND APPROVAL OF GENERAL RETAINER AGREEMENT

      August B. Landis, the Acting U.S. Trustee for Region 17 ("U.S. Trustee"), hereby objects to the United States Trustee's Objection to Application of Debtor for Employment of Counsel and Approval of General Retainer Agreement ("Application") filed by the Debtor to employ Robert C. Borris, for the reasons set forth below.

      1.      The Application (Docket No. 23), and the Statement of The Fee Arrangements and Declaration By Counsel In Support of Application for Leave To Employ Counsel For Debtor In Possession ("Declaration") (Docket No 24) are silent as to the balance of the retainer on the petition filing date. The Application and Declaration should be amended to reflect when the retainer was

Objection; Case No. 11-70893 RLE    1

received, any amounts paid to the attorney pre-petition and the balance of the retainer when the petition was filed.

    2.    No proposed order has been served on the U.S. Trustee.

Accordingly, the U.S. Trustee respectfully requests that the Application in its current form be denied.

Date: December 9, 2011

Barbara Matthews
Assistant United States Trustee

/s/ Lynette C. Kelly
Lynette C. Kelly
Trial Attorney

Attorneys for August B. Landis,
Acting United States Trustee