# United States Bankruptcy Court
Northern District of California

In re  Sawhney Properties LP
              Debtor

Case No. **11-70893**

Chapter **11**

**FIRST AMENDED**
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 3 | $22,262,894 | | |
| B – Personal Property | YES | 3 | $ 58,362 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 4 | | $16,540,481 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 1,839,387 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 18 | $22321256 | $18379869 | |

# United States Bankruptcy Court
Northern District of California

In re  Sawhney Properties LP    Case No. _____
             Debtor

Chapter   11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

B6A (Official Form 6A) (12/07)

In re  Sawhney Properties LP  Case No. __11-70893__
     Debtor                                      (If known)

**FIRST AMENDED**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3230 Mooney Blvd<br>Visalia CA<br>same | Fee Simple | | 4,820,571.00 | 5,991,200.00 |
| 1250 Halyard Drive<br>West Sacramento CA<br>same | Fee Simple | | 4,000,000.00 | 6,116,344.00 |
| 70-140 Shaw<br>Clovis CA<br>same | Fee Simple | | 3,056,410.00 | 3,771,292.00 |
| 1106 85th Ave<br>Oakland CA<br>same | Fee Simple | | 180,000.00 | 160,000.00 |
| | | Total | | |

(Report also on Summary of Schedules.)

**B6A (Official Form 6A) (12/07)**

In re   Sawhney Properties LP                    Case No. _____
         **Debtor**                                        **(If known)**

# SCHEDULE A - REAL PROPERTY
### (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1440 East Shaw Ave<br>Fresno CA<br><br>same | Fee Simple | | 1,212,677.00 | 940,600.00 |
| 1578 E Whitemore<br>Ceres CA<br>shopping center<br><br>same | Fee Simple | | 1,000,000.00 | 2,750,092.00 |
| 1578 E Whitemore<br>Ceres CA<br>Pad "A"<br><br>same | Fee Simple | | 110,000.00 | 208,824.00 |
| 1578 E Whitemore<br>Ceres CA<br>Pad "C"<br><br>same | Fee Simple | | 95,000.00 | 186,000.00 |
| Service/Crows Landing<br>Ceres CA<br>18.45 acres unimproved land<br><br>same | Fee Simple | | 600,000.00 | 1,337,111.00 |

                                                      Total

                                           (Report also on Summary of Schedules.)

In re   Sawhney Properties LP                    Case No. _____
            **Debtor**                                       **(If known)**

# SCHEDULE A - REAL PROPERTY
**(Continuation Page)**

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 600 San Pablo Ave<br>Pinole CA | Fee Simple | | 7,188,235.00 | 4,947,728.00 |
| | | | **22,262,893** | |
| | | Total ➤ | -20,686,779.96 | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.5-768 - 33015-301X-00510 - Adobe PDF

B6B (Official Form 6B) (12/07)

In re  Sawhney Properties LP  
Debtor

Case No. 11-70893  
(If known)

**FIRST AMENDED**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Fremont Bank checking account operating account 600 San Pablo | | 276.00 |
| | | Wells Fargo checking account operating account 1250 Halyward | | 6,901.00 |
| | | Chase Bank checking account operating account 1578 Whitmore | | 7,050.00 |
| | | Premier Valley Bank checking account operating account 140 Shaw | | 412.00 |
| | | Fremont Bank checking operating account 3230 Mooney | | 22,996.00 |
| | | Fremont checking account Operating account 1250 Halyward | | 20,121.00 |
| | | Fremont Bank checking operating account for general administration | | 606.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.5-768 - 33015-301X-00510 - Adobe PDF

In re   Sawhney Properties LP  
　　　　　　　　Debtor

Case No. _____  
　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | LLC member interest in Singleton Square LLC<br>6050 Singleton Rd<br>Norcross GA | | 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

In re  Sawhney Properties LP                    Case No. _____
       **Debtor**                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached    Total   $    58,362.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  Sawhney Properties LP          ,           Case No. 11-70893
          Debtor                                              (If known)

FIRST AMENDED
# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Boutin Jones<br>Thomas Mouzes<br>565 Capitol Mall 1500<br>Sacramento CA 95814 | | | <br>VALUE $  0.00 | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br>Cedli Bank<br>1333 Broadway 604<br>Oakland CA 94612 | | | Incurred: 2007<br>Lien: 4th deed of trust<br>Security: 1250 Halyard, W Sacramento<br>VALUE $  4,000,000.00 | | | | 308,596.00 | 308,596.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br>East Bay HN Surgery<br>2316 Dwight Way<br>Berkeley CA 94704 | | | Incurred: 2008<br>Lien: First Deed of Trust<br>Security: 1106 85th Ave Oakland CA<br>VALUE $  180,000.00 | | | | 160,000.00 | 0.00 |

  3   continuation sheets attached

Subtotal ▶ (Total of this page) $ 468,596.00 | $ 308,596.00
Total ▶ (Use only on last page) $ | $

(Report also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Case: 11-70893   Doc# 37   Filed: 12/11/11   Entered: 12/11/11 15:02:27   Page 9 of 19

In re   Sawhney Properties LP   ,   Case No. _____
                **Debtor**                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>East Bay HN Surgery Gp<br>2316 Dwight Way<br>Berkeley CA 94704 | | | Incurred: 2008<br>Lien: First deed of trus<br>Security: 1440 East Shaw Ave<br>Fresno CA<br><br>VALUE $    1,212,677.00 | | | | 940,600.00 | 0.00 |
| ACCOUNT NO.<br>Fremont Bank<br>39150 Fremont Blvd<br>Fremont CA 94538 | | | Incurred: 2007<br>Lien: first deed of trust<br>Security: 600 San Pablo Ave<br>Pinole CA<br><br>VALUE $    7,188,235.00 | | | | 4,197,728.00 | 0.00 |
| ACCOUNT NO.<br>Fremont Bank<br>39150 Fremont Blvd<br>Fremont CA 94538 | | | Incurred: 2008<br>Lien: second deed of trust<br>Security: 600 San Pablo Ave<br>Pinole CA<br><br>VALUE $    7,188,235.00 | | | | 750,000.00 | 0.00 |
| ACCOUNT NO.<br>Fremont Bank<br>39150 Fremont Blvd<br>Fremont CA 94538 | | | Incurred: 2006<br>Lien: first deed of trust<br>Security: 3230 Mooney Blvd, Visalia CA<br>**includes 3d of trust on 600 San Pablo, Pinole**<br><br>VALUE $    4,820,571.00 | | | | 5,991,200.00 | |
| ACCOUNT NO.<br>Fremont Bank<br>39150 Fremont Blvd<br>Fremont CA 94538 | | | Incurred: 2005<br>Lien: first deed of trust<br>Security: 1250 Halyard Drive, W Sacramento CA<br>VALUE $ | | | | 4,038,048.00 | 0.00 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) (Total(s) of this page)   4,400,000.00   $15,917,576.00   $

Total(s) (Use only on last page)   $   $

(Report also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07) – Cont**.

In re   Sawhney Properties LP   ,    Case No. _____
        **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Fremont Bank<br>39150 Fremont Blvd<br>Fremont CA 94538 | | | Incurred: 2007<br>Lien: 2d deed of trust<br>Security: second deed of trust 1250 Halyard, Sacramento<br><br>VALUE $ 4,000,000.00 | | | | 45,342.00 | 45,342.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br>Rabo Bank<br>ATTN: Fernando Buesa<br>1407 I St<br>Modesto CA 95354 | | | Incurred: NOTICE ONLY<br><br>VALUE $ 0.00 | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br>Rabo Bank<br>1889 W March Lane<br>Stockton CA 95201 | | | Incurred: 2006<br>Lien: first deed of trust<br>Security: Service/Crows Landing Ceres CA<br>18.45 acres unimproved land<br><br>VALUE $ 600,000.00 | | | | 1,337,111.00 | 737,111.00 |
| ACCOUNT NO.<br>Rabo Bank<br>PO Box 1649<br>Stockton CA 95201 | | | Incurred: 2006<br>Lien: First deed of trust<br>Security: 1578 E Whitemore Ceres CA<br>shopping center<br><br>VALUE $ 1,000,000.00 | | | | 2,750,092.00 | 1,750,092.00 |
| ACCOUNT NO.<br>Rabo Bank<br>PO Box 1649<br>Stockton CA 95201 | | | Incurred: 2007<br>Lien: 2d deed of trust<br>Security: 1578 E Whitemore Ceres CA<br>Pad "A"<br><br>VALUE $ 110,000.00 | | | | 208,824.00 | 98,824.00 |

Sheet no. __2__ of __3__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) (Total(s) of this page) $ 4,341,369.00 $

Total(s) (Use only on last page) $ $

(Report also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07) – Cont.**

In re   Sawhney Properties LP                              ,   Case No. _____
                            **Debtor**                                                     **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rabo Bank<br>PO Box 1649<br>Stockton CA 95201 | | | Incurred: 2007<br>Lien: 2d deed of trust<br>Security: 1578 E Whitemore Ceres CA<br>Pad "C"<br><br>VALUE $ 95,000.00 | | | | 186,000.00 | 91,000.00 |
| ACCOUNT NO.<br><br>Small Business Administration<br>Bay Area Development<br>1801 Oakland Blvd 100<br>Walnut Creek CA 94596 | | | Incurred: 2005<br>Lien: 3d deed of trust<br>Security: 1250 Halyard, W Sacramento CA<br><br>VALUE $ 4,000,000.00 | | | | 1,724,358.00 | 1,724,358.00<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>Zions Bank<br>PO Box 26304<br>Salt Lake City UT 84126 | | | Incurred: 2007<br>Lien: first deed of trust<br>Security: 70-140 Shaw, Clovis CA<br><br>VALUE $ 3,056,410.00 | | | | 2,347,131.00 | 0.00 |
| ACCOUNT NO.<br><br>Zions Bank<br>PO Box 26304<br>Salt lake City UT 84126 | | | Incurred: 2007<br>Lien: 2d deed of trust<br>Security: 70-140 Shaw, Clois CA<br><br>VALUE $ 3,056,410.00 | | | | 1,424,161.00 | 714,882.00<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br> | | | VALUE $ | | | | | |

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s)  $ 5,681,650.00   $2,530,240.00
(Total(s) of this page)

Total(s)  $16,540,481.96   $6,640,834.00
(Use only on last page)

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re __Sawhney Properties LP__, Case No. _____
       Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Advanta<br>PO Box 9217<br>Old Bethpage NY 11804 | | | Incurred: 2007, 2008<br>Consideration: Credit Card Debt (Unsecured) | | | | 15,642.00 |
| ACCOUNT NO.<br>Dinesh Sawhney<br>418 Jefferson Street<br>Oakland CA 94607 | | | Incurred: 2007- 2010<br>Consideration: partner loans/advance | | | | 1,500,000.00 |
| ACCOUNT NO.<br>Fluoresco Lighting<br>c/o Brian Healy<br>Tierney, Watson, Healy<br>595 Market St 2360<br>San Francisco CA 94105 | | | Incurred: 2007<br>Consideration: sign installation fees | | | X | 19,518.00 |
| ACCOUNT NO.<br>Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 942857<br>Sacramento CA 94257 | | | Incurred: 2011<br>Consideration: income tax | | | | 890.00 |

__2__ continuation sheets attached

Subtotal ▶ $ 1,536,050.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Case: 11-70893   Doc# 37   Filed: 12/11/11   Entered: 12/11/11 15:02:27   Page 13 of 19

B6F (Official Form 6F) (12/07) - Cont.

In re  Sawhney Properties LP          ,     Case No. _____
         **Debtor**                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>G Ramirez Concrete<br>23 West Alexander Ave PMB 54<br>Merced CA 95348 | | | Incurred: 2008<br>Consideration: construction as to 1578 Whitemore Rd | | | | 19,500.00 |
| ACCOUNT NO.<br>General Services Administration<br>450 Golden Gate Ave # 36127<br>San Francisco, CA 94102-3401 | | | Incurred: 2010<br>Consideration: alleged overpayment of rents | | | X | 160,000.00 |
| ACCOUNT NO.<br>Mitch Miller<br>260 Sheridan Ave 208<br>Palo Alto CA 94306 | | | Incurred: 2011<br>Consideration: attorneys fees | | | | 11,500.00 |
| ACCOUNT NO.<br>Mozingo Construction<br>751 Wakefield Ct<br>Oakdale CA 95361 | | | Incurred: 2008<br>Consideration: construction to 1578 Whitmore | | | | 32,522.00 |
| ACCOUNT NO.<br>PG&E<br>P.O. Box 7442<br>San Francisco, CA 94120 | | | Incurred: August, September 2011<br>Consideration: utilities for 1250 Halyard, Sacramento | | | | 12,054.00 |

Sheet no. __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 235,576.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Sawhney Properties LP                     ,          Case No. _____
                      **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rabo Bank<br>ATTN: Fernando Buesa<br>1407 I St<br>Modesto CA 95354 | | | Incurred: 2008<br>Consideration: line of credit | | | | 15,000.00 |
| ACCOUNT NO.<br><br>Ramada Worldwide Inc.<br>22 Sylvan Way<br>Parsippany NJ 07054 | | | Incurred: June- Sept 2011<br>Consideration: franchise, marketing and misc fees | | | | 40,955.00 |
| ACCOUNT NO.<br><br>State Water Resources Control Board<br>PO Box 944212<br>Sacramento CA 94244 | | | Incurred: 2008<br>Consideration: service to 600 San Pablo | | | | 11,806.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 67,761.00

Total ▶ $ 1,839,387.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re __Sawhney Properties LP__, Case No. _____
          Debtor                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Advanta<br>PO Box 9217<br>Old Bethpage NY 11804 | | | Incurred: 2007, 2008<br>Consideration: Credit Card Debt (Unsecured) | | | | 15,642.00 |
| ACCOUNT NO.<br>Dinesh Sawhney<br>418 Jefferson Street<br>Oakland CA 94607 | | | Incurred: 2007- 2010<br>Consideration: partner loans/advance | | | | 1,500,000.00 |
| ACCOUNT NO.<br>Fluoresco Lighting<br>c/o Brian Healy<br>Tierney, Watson, Healy<br>595 Market St 2360<br>San Francisco CA 94105 | | | Incurred: 2007<br>Consideration: sign installation fees | | | X | 19,518.00 |
| ACCOUNT NO.<br>Franchise Tax Board<br>Bankruptcy Unit<br>PO Box 942857<br>Sacramento CA 94257 | | | Incurred: 2011<br>Consideration: income tax | | | | 890.00 |

__2__ continuation sheets attached

                                                          Subtotal ▶ $ 1,536,050.00

                                                          Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Sawhney Properties LP                    ,          Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>G Ramirez Concrete<br>23 West Alexander Ave PMB 54<br>Merced CA 95348 | | | Incurred: 2008<br>Consideration: construction as to 1578 Whitemore Rd | | | | 19,500.00 |
| ACCOUNT NO.<br>General Services Administration<br>450 Golden Gate Ave # 36127<br>San Francisco, CA 94102-3401 | | | Incurred: 2010<br>Consideration: alleged overpayment of rents | | | X | 160,000.00 |
| ACCOUNT NO.<br>Mitch Miller<br>260 Sheridan Ave 208<br>Palo Alto CA 94306 | | | Incurred: 2011<br>Consideration: attorneys fees | | | | 11,500.00 |
| ACCOUNT NO.<br>Mozingo Construction<br>751 Wakefield Ct<br>Oakdale CA 95361 | | | Incurred: 2008<br>Consideration: construction to 1578 Whitmore | | | | 32,522.00 |
| ACCOUNT NO.<br>PG&E<br>P.O. Box 7442<br>San Francisco, CA 94120 | | | Incurred: August, September 2011<br>Consideration: utilities for 1250 Halyard, Sacramento | | | | 12,054.00 |

Sheet no. __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 235,576.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Sawhney Properties LP                       ,          Case No. _____
                **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Rabo Bank<br>ATTN: Fernando Buesa<br>1407 I St<br>Modesto CA 95354 | | | Incurred: 2008<br>Consideration: line of credit | | | | 15,000.00 |
| ACCOUNT NO.<br>Ramada Worldwide Inc.<br>22 Sylvan Way<br>Parsippany NJ 07054 | | | Incurred: June- Sept 2011<br>Consideration: franchise, marketing and misc fees | | | | 40,955.00 |
| ACCOUNT NO.<br>State Water Resources Control Board<br>PO Box 944212<br>Sacramento CA 94244 | | | Incurred: 2008<br>Consideration: service to 600 San Pablo | | | | 11,806.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 67,761.00

Total ▶ $ 1,839,387.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6H (Official Form 6H) (12/07)**

In re  Sawhney Properties LP  Case No.  11-70893
  Debtor  (if known)

FIRST AMENDED
# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dinesh Sawhney and Rashmi Sawhney individually and as Trustees of the Dinesh and Rashmi Revocable Trust<br>418 Jefferson Street<br>Oakland CA 94607 | Fremont Bank<br>39150 Fremont Blvd<br>Fremont CA 94538<br><br>as to all creditors set forth in Schedules D, E, F |
| SST Business Group | Fremont Bank<br>39150 Fremont Blvd<br>Fremont CA 94538<br><br>as to all creditors set forth in Schedules D, E, F |
| Sawhney Properties LLC | Fremont Bank<br>39150 Fremont Blvd<br>Fremont CA 94538<br><br>as to all creditors set forth in Schedules D, E, F |