WINSTON & STRAWN LLP
David A. Honig (SBN: 160721)
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
dhonig@winston.com

Counsel for Chapter 11 Trustee
JAMES S. LOWE II

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br><br>SAWHNEY PROPERTIES LP,<br><br>Debtor. | Case No. 11-70893 RLE<br><br>**Chapter 11**<br><br>**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES OF THE CHAPTER 11 TRUSTEE JAMES S. LOWE II FOR THE PERIOD JANUARY 24, 2012 THROUGH SEPTEMBER 30, 2012**<br><br>Date: December 12, 2012<br>Time: 2:00 p.m.<br>Judge: Honorable Roger L. Efremsky<br>Place: United States Bankruptcy Court<br>   1300 Clay Street, Courtroom 201<br>   Oakland, CA 94612 |

James S. Lowe II, in his capacity as the duly appointed and acting trustee (the "Trustee") of Sawhney Properties LP, (the "Debtor"), debtor in the above-captioned bankruptcy case, hereby submits his First Interim Fee Application for Compensation and Reimbursement of Expenses (the "Application") in connection with the services he has rendered as Trustee for the Debtor. This Application includes a request for fees for Trustee's staff, which assisted the Trustee in

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1   the performance of his duties, and are considered employees of the Trustee for purposes of this case

2   (for purposes of the Application, collectively referred to as "Trustee").

3           During the period from January 24, 2012,[1] through September 30, 2012 (the

4   "Application Period"), the Trustee incurred $143,043.75 in fees (the "Total Accrued Fees") and

5   expenses in the amount of $9,160.39.  Pursuant to §§ 326(a), 330 and 331 of the Bankruptcy Code,

6   and Rule 2016 of the Federal Rules of Bankruptcy Procedure, this Application seeks an order

7   allowing and authorizing payment of a total of $112,643.98, consisting of (a) fees in the amount of

8   $103,483.59 (the "Current Allowable Fees"), representing the portion of the Total Accrued Fees

9   currently allowable based on disbursements during the Application Period under the statutory fee

10  cap calculation described below, and (b) reimbursement of $9,160.39 in expenses.  The time and

11  expense entries for the Application Period are set forth in Exhibits A through H to the Declaration of

12  James S. Lowe II (the "Lowe Declaration") filed concurrently herewith , presenting detailed time

13  entries for the Trustee and staff; and Exhibit I to the Lowe Declaration, presenting details of the

14  expenses incurred by the Trustee.

## I.

## CATEGORY BILLING AND NARRATIVE STATEMENT OF SERVICES

### A.      Compensation of Fees

18          During the Application Period, the Trustee and his staff recorded 785.85 hours and

19  Total Accrued Fees of $143,043.75 in this case, incurred at an average hourly rate of $182.02.

20  Attached to the Lowe Declaration as Exhibits A through H are the invoices showing the fees

21  charged,[2] corresponding to the activity categories detailed in the Narrative Summary of Services

22  below.  Consistent with the circumstances of this case, the Trustee's activities are divided into eight

23  categories (collectively, the "Billing Categories"):  seven categories corresponding to each of the

24  seven principal locations of real property owned, operated and/or managed by the estate ("Ceres,"

25  "Clovis," "Fresno," "Oakland," "Pinole," "Sacramento," and "Visalia"), plus an eighth category,

---

[1] On October 12, 2011 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code.  On January 24, 2012, the Court entered an order approving the appointment of the Trustee.
[2] In the Trustee's invoices, JSL refers to James S. Lowe II, Trustee, whose hourly billing rate is $250, and WSF refers to staff member Wendy San Filippo, whose hourly billing rate is $75.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1   "General," for general and administrative tasks that relate to the estate or the Debtor generally, or

2   that are not distinctly allocable to any single property location.  In accordance with Federal Rule of

3   Bankruptcy Procedure 2016(a), the itemized list identifies: (a) the Trustee or Trustee's staff that

4   performed the services; (b) hourly rate of the Trustee or Trustee's staff; (c) the date and time

5   required to perform them; and (d) the description of the services performed.

6           To the extent possible, the Trustee has described tasks and management activities on

7   a daily basis allocated the time attributable to specific tasks.  Where the nature of certain tasks and

8   the circumstances surrounding their performance did not allow for atomized time entries, aggregate

9   time entries were used.  The Trustee's billing system generates time entries in quarter-hour

10  increments.  In light of the nature of the Debtor's properties and business operations, the Trustee

11  believes that the above billing practices, as well as the Billing Categories, are appropriate, that the

12  Office of the United States Trustee has no objection to their use in this case, and that, except as

13  noted below, the fees and reimbursement of expenses sought by this Application comply with the

14  Compensation Guidelines. The Trustee further submits that the fees and expenses sought herein are

15  reasonable and appropriate.

16          Pursuant to Section I of the Compensation Guidelines, the amount sought under any

17  category generally should not exceed $20,000.  The fees and expenses addressed by this Application

18  exceed the $20,000 level in the Sacramento category ($54,491.82) and in the General category

19  ($35,786.13).  Although the amounts in such categories could be further broken down into

20  subcategories, given the nature of this case and the Application, the Trustee respectfully requests that

21  the Court waive compliance with the $20,000 category limitation under the Compensation

22  Guidelines.

23          **B.      Compensation Previously Received**

24          As the Court has established an interim fee procedure herein, the Trustee has not

25  received any compensation for fees or reimbursement for expenses in this case.

26          **C.      Calculation of Statutory Cap**

27          As noted above, during the Application Period, the Trustee and his staff incurred

28  Total Accrued Fees of $143,043.75.  The Trustee's compensation is limited by section 326(a) of the

Bankruptcy Code.  Since the Trustee's appointment on January 24, 2012, through the Application Period, the Trustee has disbursed a total of $2,674,453.00.  Pursuant to section 326(a), the cumulative total statutory fee cap[3] corresponding to those disbursements is $103,483.59, as detailed below:

| Over | To | Amount | % Fee | Fee Cap |
|---|---|---|---|---|
| $0 | $5,000 | $5,000.00 | 25% | $1,250.00 |
| $5,000 | $50,000 | $45,000.00 | 10% | $4,500.00 |
| $50,000 | $1,000,000 | $950,000.00 | 5% | $47,500.00 |
| $1,000,000 | $2,674,453 | $1,674,453.00 | 3% | $50,233.59 |
| | | **$2,674,453.00** | | **$103,483.59** |

Accordingly, the Trustee seeks approval of the Current Allowable Fees, i.e., $103,483.59,  based on disbursements during the Application Period.  Additional portions of the Total Accrued Fees may be allowed and paid only if further disbursements are made in the case subsequent to the Application Period.

**D.    Reimbursement of Expenses**

The Court may award a professional "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A).  The Trustee seeks reimbursement of the actual, necessary expenses that he incurred during the period covered by this Application, including the Trustee's bond with International Sureties, charges for out-of-town lodging, travel mileage and tolls, meals, overnight delivery and postage, moving and storage fees, and other out- of-pocket disbursements based on actual amounts incurred and paid by the Trustee.  The expenses incurred during the Application Period, totaling $9,160.39, are detailed in Exhibit I to the Lowe Declaration.

**II.**

**NARRATIVE SUMMARY OF SERVICES PERFORMED**

The Trustee has classified services performed for which compensation is sought pursuant to this Application under eight Billing Categories.  Activities in these categories include the following:

---

[3] Since the Trustee exceeded $1,000,000.00 in disbursements during the Application Period, the Trustee's statutory fee cap will be equal to 3% of total disbursements going forward.

## A. Ceres Property – Shopping Center (Category A)

1. During the Application Period, the Trustee devoted time to the Debtor's shopping center property in Ceres, CA, including, but not limited to: (i) preparing notices for tenants regarding the Trustee's appointment, payment and maintenance issues; (ii) traveling to and inspecting the property; (iii) communicating with the Debtor's former Responsible Individual, Dinesh Sawhney ("Dinesh"), and Stanislaus County taxing authorities regarding property tax re-assessments and adding Trustee as agent on the property; (iv) analyzing Rabobank's motions for relief from stay and related papers on each portion of the property; (v) reviewing and setting up mail delivery, accounts receivable, accounts payable, and bank accounts; (vi) reviewing property issues, including anti-theft device installation, removal of graffiti, changing of locks, and repairing of manhole covers; (vii) reviewing and analyzing leases and contracts; (viii) communicating with the City of Ceres regarding fines and fees on the property and working with the Trustee's accountant on accounts payable; (ix) working with staff on budget and expense breakdown, current and historical bills, rents receivable, and past due items; (x) working with counsel regarding negotiations on Rabobank's motion to lift stay and reviewing orders; (xi) preparing for and traveling to Modesto, CA to meet with prior property manager, contractors for cleanup work, and tenants; (xii) obtaining and reviewing bids for property cleanup; (xiii) reviewing correspondence and invoices from insurance companies; and (xiv) working with Trustee's accountant regarding monthly cash flow projections and final distributions.

2. The Trustee incurred 58.60 hours of reasonable and necessary time in this category during the Application Period, representing a total amount of $7,343.75. Details of the time entries for the Trustee are set forth in Exhibit A to the Lowe Declaration.

| Person | Reference | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| James S. Lowe II | JSL | 250.00 | 16.85 | $4,212.50 |
| Wendy San Filippo | WSF | 75.00 | 41.75 | $3,131.25 |
| **Category Total:** | | | **58.60** | **$7,343.75** |

## B. Clovis Property – Village Square Shopping Center (Category B)

3. During the Application Period, the Trustee performed tasks related to the

Village Square Shopping Center property in Clovis, CA, including, but not limited to: (i) meetings and communications with the property manager regarding rent payments, budget, Common Area Maintenance ("CAM") information, tenant issues, roof leaks, premises liability, and employment; (ii) working with counsel regarding the employment application for the property manager; (iii) reviewing and setting up mail delivery, posting accounts receivable and accounts payable, and maintaining bank accounts; (iv) communicating with leasing agent, vendors, and contractors; (v) obtaining and reviewing leases and contracts with Trustee's counsel and accountant; (vi) reviewing property manager's employment application and payables; (vii) analyzing cash collateral issues and approving limited relief order for Zions First National Bank's lift stay motion with Trustee's counsel; (viii) working with Trustee's accountant on post-petition payments, quarterly United States Trustee's fees, property and franchise tax issues, payables and budget; (ix) working with the broker on opinions of value and discussing same with counsel and staff; (x) conducting onsite inspections of the property; (xi) communicating with the prior listing agent; (xii) working with counsel to prepare and file Trustee's motion for an order authorizing assumption and modification of the United Retail Incorporated lease and related matters; (xiii) reviewing tax correspondence and analyzing Fresno County tax assessment issues and refund; and (xiv) reviewing monthly rent budgets, cash management summaries, and property management reports.

4. The Trustee incurred 83.35 hours of reasonable and necessary time in this category during the Application Period, representing a total amount of $18,203.75. Details of the time entries for the Trustee are set forth in Exhibit B to the Lowe Declaration.

| Person | Reference | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| James S. Lowe II | JSL | 250.00 | 68.30 | $17,075.00 |
| Wendy San Filippo | WSF | 75.00 | 15.05 | $1,128.75 |
| **Category Total:** | | | **83.35** | **$18,203.75** |

C. **Fresno Property (Category C)**

5. During the Application Period, the Trustee performed various tasks related to the Debtor's property in Fresno, CA, including, but not limited to: (i) preparing notices for tenants; (ii) conducting inspections and serving tenants with notices; (iii) reviewing the Broker's Opinion of

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

Value and communicating with various parties regarding sale and auction issues; (iv) reviewing and setting up mail delivery, posting accounts receivable and accounts payable, and maintaining bank account; (v) working on City of Fresno Business License paperwork and reviewing property and business tax and city tax correspondence; and (vi) communicating with tenants regarding rent payments, plumbing repairs, and painting.

6.     The Trustee incurred 24.80 hours of reasonable and necessary time in this category during the Application Period, representing a total amount of $3,662.50. Details of the time entries for the Trustee are set forth in <u>Exhibit C</u> to the Lowe Declaration.

| Person | Reference | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| James S. Lowe II | JSL | 250.00 | 10.30 | $2,575.00 |
| Wendy San Filippo | WSF | 75.00 | 14.50 | $1,087.50 |
| **Category Total:** | | | **24.80** | **$3,662.50** |

## D.     General Case Administration (Category D)

7.     During the Application Period, the Trustee performed various tasks related to General Case Administration, including, but not limited to: (i) communicating with Trustee's counsel and accountant; (ii) reviewing and updating bond information; (iii) preparing for and conducting meetings with Dinesh, Debtor's counsel, and other persons regarding case management, properties, and various aspects of the case; (iv) reviewing and retrieving voluminous files, correspondence, and banking information from Debtor; (v) reviewing and organizing files, correspondence, records, and insurance documents; (vi) working on professionals' employment applications and supporting papers; (vii) setting up accounting files for each property and creating database reports; (viii) communicating with vendors and banks regarding status; (ix) conducting conference calls with professionals and staff regarding outstanding issues; (x) preparing for and attending status conferences and the Section 341 meetings; (xi) working with the Trustee' s accountant regarding cash flow, interest payments, and tax returns; (xii) communicating with auction company regarding pricing and marketing for sales of properties; (xiii) drafting Trustee's status conference reports and preparing exhibits to reports with Trustee's counsel; (xiv) reviewing supplemental creditor matrixes with Trustee's counsel; (xv) reviewing and approving monthly

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

operating reports; (xvi) conferring with Trustee's counsel and accountant on budgeting, status of interest payments, correspondence regarding Dinesh, and proposed chapter 11 plan; (xvii) reviewing Singleton documents, leases, current status, and debt to value issues; (xviii) researching files, bank records, computer files, and correspondence with Trustee's accountant; (xix) reviewing correspondence on insurance renewals and related correspondence; (xx) researching liability insurance issues for all properties; and (xxi) working on Trustee's joint relief from stay motion with Fremont Bank for Visalia and Pinole properties with Trustee's counsel and reviewing Dinesh's opposition to joint relief from stay motion.

8. The Trustee incurred 156.70 hours of reasonable and necessary time in this category during the Application Period, representing a total amount of $27,730.00. Details of the time entries for the Trustee are set forth in <u>Exhibit D</u> to the Lowe Declaration.

| Person | Reference | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| James S. Lowe II | JSL | 250.00 | 91.30 | $22,825.00 |
| Wendy San Filippo | WSF | 75.00 | 65.40 | $4,905.00 |
| **Category Total:** | | | **156.70** | **$27,730.00** |

### E. Oakland, CA Property – Residential Duplex (Category E)

9. During the Application Period, the Trustee performed various tasks related to Debtor's residential duplex property (the "<u>Property</u>") in Oakland, CA, including, but not limited to: (i) preparing notices for tenants regarding payments and maintenance issues; (ii) conducting inspections and serving tenants with notices; (iii) preparing three-day notices to tenants for non-payment and communication with Trustee's counsel, Trustee' accountant, and Dinesh regarding same; (iv) reviewing the Broker's Opinion of Value and investigating potential sale processes; (v) reviewing and setting up mail delivery, posting accounts receivable and accounts payable, and maintaining bank accounts; (vi) reviewing insurance quotes, completing insurance policy questionnaires and related matters; (vii) analyzing cash collateral items and insurance coverage with Trustee's counsel; (viii) reviewing county property tax and city tax statements; and (ix) conducting onsite inspection for compliance with insurance requirements.

10. The Trustee incurred 36.15 hours of reasonable and necessary time in this

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

category during the Application Period, representing a total amount of $5,520.00. Details of the time entries for the Trustee are set forth in Exhibit E to the Lowe Declaration.

| Person | Reference | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| James S. Lowe II | JSL | 250.00 | 16.05 | $4,012.50 |
| Wendy San Filippo | WSF | 75.00 | 20.10 | $1,507.50 |
| **Category Total:** | | | **36.15** | **$5,520.00** |

### F. Pinole, CA Property – Del Monte Shopping Center (Category F)

11. During the Application Period, the Trustee performed various tasks related to Debtor's Del Monte Shopping Center property (the "Property") in Pinole, CA, including, but not limited to: (i) reviewing and conducting inspections, reviewing property manager contracts, and meetings with the property manager; (ii) reviewing and setting up mail delivery, posting accounts receivable and accounts payable, and maintaining bank accounts; (iii) communicating and corresponding with the property manager regarding accounting and payment processes, new leases and assignments, workers' compensation matters, and related matters; (iv) reviewing the Broker's Opinion of Value and appraisal and communicating with the broker and appraiser regarding valuation issues; (v) reviewing leases, terms, and payment histories of tenants; (vi) working with counsel regarding notices to tenants for non-payment, analyzing cash collateral items and insurance coverage; (vii) reviewing county property tax and city tax statements; (viii) conducing onsite inspections to review repairs and meetings with tenants regarding past due rents and related tenant matters; and (ix) working with counsel regarding joint motion with Fremont Bank to lift stay, leases, lease amendments, and various tenant issues, including negotiations with major tenants.

12. The Trustee incurred 78.35 hours of reasonable and necessary time in this category during the Application Period, representing a total amount of $13,795.00. Details of the time entries for the Trustee are set forth in Exhibit F to the Lowe Declaration.

| Person | Reference | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| James S. Lowe II | JSL | 250.00 | 45.25 | $11,312.50 |
| Wendy San Filippo | WSF | 75.00 | 33.10 | $2,482.50 |
| **Category Total:** | | | **78.35** | **$13,795.00** |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

## G. West Sacramento, CA Property – Ramada Inn (Category G)

13. During the Application Period, the Trustee performed various tasks related to Debtor's Ramada Inn property (the "Property") in West Sacramento, CA, including, but not limited to: (i) conducting inspections; (ii), communications with the property manager regarding cash management, payroll, workers' compensation, transient tax, bank access issues, and problem areas; (iii) communicating with City of Sacramento Tax department regarding transient taxes and related agreements; (iv) analyzing insurance matters, including policies, certificates, and related documents; (v) reviewing labor issues, lawsuits, liability insurance renewals and payments, monthly forecasts, deposits, workers compensation audits, payroll reports, property taxes, accounting issues, transient tax transfers and payments, labor board hearings, repair costs and contractor bids, and budgeting; (vi) responding to e-mails and telephone calls regarding accounts payable approval, franchise agreements, insurance coverage, Fremont Bank account issues, and payroll reports; (vii) managing workers' compensation insurance, state fund insurance invoices, and audits; (viii) reviewing various transient tax issues, cash flow projections, payroll taxes, with Trustee's accountant; (ix) posting accounts receivable and accounts payables, transferring funds to cover accounts payable, and maintaining bank accounts; (x) working with Fremont Bank regarding transfers of funds between accounts; (xi) working with Trustee's counsel on various matters, including the joint request of Fremont Bank and Trustee to lift stay and proposed order, cash flow, bank matters, transient taxes, accounts payable, cash collateral, audit, case status, and labor board cases; (xii) reviewing accounts payable, property taxes, city taxes against current balances in accounts, planning for upcoming expenses, balance sheets and profit/loss reports; (xiii) identifying items needed for repair and timing of repairs; (xiv) conducting star report review, B. Dunning employee report, and Ramada inspection; (xv) meeting with property manager and staff covering all items for transfer and transition to new owner; (xvi) communicating with vendors and property manager staff regarding changeover of accounts, balance information, and updated payables and insurance cancellations; (xvii) working on workers' compensation credits and cancellation of general liability insurance, cash management fees, and accounts payable; and (xviii) reviewing non-payment of invoices by new owners and contacting accounts payable creditors.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

14. The Trustee incurred 281.55 hours of reasonable and necessary time in this category during the Application Period, representing a total amount of $53,920.00. Details of the time entries for the Trustee are set forth in Exhibit G to the Lowe Declaration.

| Person | Reference | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| James S. Lowe II | JSL | 250.00 | 187.45 | $46,862.50 |
| Wendy San Filippo | WSF | 75.00 | 94.10 | $7,057.50 |
| **Category Total:** | | | **281.55** | **$53,920.00** |

**H.      Visalia, CA Property – Town & Country Shopping Center (Category H)**

15. During the Application Period, the Trustee performed various tasks related to Debtor's Town & Country Shopping Center property in Visalia, CA, including, but not limited to: (i) reviewing operating budgets and communicating with property manager NorthStar; (ii) meeting with Trustee's accountant regarding budgets and management information; (iii) posting accounts receivable and accounts payable, maintaining rent rolls, and maintaining bank accounts; (iv) communicating with property manager and staff regarding management of funds, insurance payments, property cleanup and repairs, budget review, leasing issues, code enforcement, and payment of past due payables; (v) reviewing the Broker's Opinion of Value; (vi) reviewing and conducting inspections of property and meetings with tenants; (vii) reviewing rent history, cash flow reports, accounts payable reports, property tax correspondence, and short-term occupancy matters; (viii) working with Trustee's counsel regarding the joint motion of Fremont Bank and Trustee to lift automatic stay, cash collateral, accounts payable, tax history, scheduled payments per agreement with Dinesh; and (ix) corresponding with potential buyers and working with property manager on requested information from potential buyers.

16. The Trustee incurred 67.35 hours of reasonable and necessary time in this category during the Application Period, representing a total amount of $12,868.75. Details on the time entries for the Trustee are set forth in Exhibit H to the Lowe Declaration.

| Person | Reference | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| James S. Lowe II | JSL | 250.00 | 45.10 | $11,275.00 |
| Wendy San Filippo | WSF | 75.00 | 21.25 | $1,593.75 |
| **Category Total:** | | | **66.35** | **$12,868.75** |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

# III.

## COSTS AND EXPENSES; TIME AND COST SUMMARIES

During the Application Period, the Trustee's expenses included the Trustee's bond with International Sureties, charges for lodging, travel mileage and tolls, meals, overnight delivery and postage, moving and storage fees, and other out- of-pocket disbursements detailed in Exhibit I to the Lowe Declaration, totaling $9,160.39.

Trustee's time and expenses in each billing category are summarized in Exhibits A and B attached hereto.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an order: (a) allowing the Current Allowable Fees, i.e., $103,483.59, based on disbursements during the Application Period, subject to the Trustee's right to request approval and payment of additional portions of the Total Accrued Fees based on further disbursements in the case subsequent to the Application Period; allowing the Trustee's expenses in the amount of $9,160.39; and (c) authorizing the Trustee to pay the above amounts forthwith from available funds of the estate.

Dated: November 8, 2012

WINSTON & STRAWN LLP

By: /s/ David A. Honig
David A. Honig
Attorneys for Chapter 11 Trustee
JAMES S. LOWE II

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

# EXHIBIT A

## SUMMARY OF TRUSTEE'S TIME (JANUARY 24, 2012 – SEPTEMBER 30, 2012)

| Person | Reference | Hourly Rate | Hours | Fees |
|---|---|---|---|---|
| James S. Lowe II | JSL | 250.00 | 480.60 | $120,150.00 |
| Wendy San Filippo | WSF | 75.00 | 305.25 | $22,893.75 |
| **Category Total:** | | | **785.85** | **$143,043.75** |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

# EXHIBIT B

## SUMMARY OF COMPENSATION AND EXPENSES BY CATEGORY FOR PERIOD FROM JANUARY 24, 2012 – SEPTEMBER 30, 2012

| Project Category | Hours | Fees | Expenses |
|---|---|---|---|
| A.  Ceres, CA | 58.60 | $7,343.75 | $212.66 |
| B.  Clovis, CA | 83.35 | $18,203.75 | $31.85 |
| C.  Fresno, CA | 24.80 | $3,662.50 | $0.00 |
| D.  General | 156.70 | $27,730.00 | $8,056.13 |
| E.  Oakland, CA | 36.15 | $5,520.00 | $216.09 |
| F.  Pinole, CA | 78.35 | $13,795.00 | $33.32 |
| G.  West Sacramento, CA | 281.55 | $53,920.00 | $571.82 |
| H.  Visalia, CA | 66.35 | $12,868.75 | $38.52 |
| **GRAND TOTAL:** | **785.85** | **$143,043.75** | **$9,160.39** |

## SUMMARY

| | |
|---|---|
| Fees | $143,043.75 |
| Expenses | $9,160.39 |
| **TOTAL** | **$152,204.14** |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894