WINSTON & STRAWN LLP
David A. Honig (SBN: 160721)
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
dhonig@winston.com

Counsel for Chapter 11 Trustee
JAMES S. LOWE II

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>SAWHNEY PROPERTIES LP,<br><br>Debtor. | Case No. 11-70893 RLE<br><br>**Chapter 11**<br><br>Date: December 12, 2012<br>Time: 2:00 p.m.<br>Judge: Honorable Roger L. Efremsky<br>Place: United States Bankruptcy Court<br>1300 Clay Street, Courtroom 201<br>Oakland, CA 94612 |

**NOTICE OF HEARING ON FIRST INTERIM OR FINAL APPLICATIONS FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES BY TRUSTEE AND PROFESSIONALS**

**PLEASE TAKE NOTICE** that a hearing will be held on **December 12, 2012 at 2:00 p.m.** before the Honorable Roger L. Efremsky, United States Bankruptcy Judge, 1300 Clay Street, Courtroom 201, Oakland, CA 94612 to consider the first interim or final applications for compensation and reimbursement of expenses of certain professionals engaged in this case by James S. Lowe II, in his capacity as the duly appointed and acting trustee (the "Trustee") of Sawhney Properties LP, (the "Debtor"), debtor in the above-captioned bankruptcy case, as follows:

| Applicant and Address | Fees and Expenses Requested |
|---|---|
| 1) **Chapter 11 Trustee**<br>James S. Lowe II<br>Executive's Edge, LLC<br>P.O. Box 97<br>Laton, CA 93242 | Fees: $103,483.59<br>Expenses: $9,160.39<br>Total: $112,643.98<br><br>Period covered by application: January 24, 2012 through September 30, 2012 (First Interim Application) |

2) **Property Manager for the Chapter 11 Trustee (Village Square Shopping Center)**

K4 Management
265 E. River Park Circle, Suite 480
Fresno, CA 93720
Attn: Jens Andersen

Fees and Expenses: $53,961.62
Period covered by application: October 12, 2011 through August 8, 2012 (Final Application)

3) **Chapter 11 Trustee's Accountant**

Gabrielson & Company
1605 School Street
Moraga, CA 94556
Attn: Michael Gabrielson

Fees: $132,307.50
Expenses: $347.80
Total: $132,655.30
Period covered by application: January 24, 2012 through September 30, 2012 (First Interim Application)

4) **Chapter 11 Trustee's Counsel**

Winston & Strawn LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Attn: David A. Honig, Esq.

Fees: $169,377.00
Expenses: $182.61
Total: $169,559.61
Period covered by application: January 24, 2012 through March 31, 2012 (First Interim Application)

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 9014-1(c)(2), any opposition to the above described Applications must be filed with the Clerk of the Bankruptcy Court for the Northern District of California, Oakland Division, 1300 Clay Street, 3rd Floor, Oakland, California 94612 and served on the relevant professional no less than seven (7) days before the hearing date. Any opposition should also be served on Lynette C. Kelly, Esq., Office of the United States Trustee, 1300 Clay Street, Suite 690N, Oakland, California 94612.

**PLEASE TAKE FURTHER NOTICE** that failure to respond to the Application may be treated as consent to the relief requested.

**PLEASE TAKE FURTHER NOTICE** that copies of the Applications and other supporting documents may be obtained from Winston & Strawn, LLP through the contact person and at the address listed above.

Dated: November 21, 2012

WINSTON & STRAWN LLP

By: /s/ David A. Honig
David A. Honig
Attorneys for Chapter 11 Trustee
JAMES S. LOWE II