WINSTON & STRAWN LLP
David A. Honig (SBN: 160721)
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
Email: dhonig@winston.com

Counsel for Chapter 11 Trustee
JAMES S. LOWE II

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>SAWHNEY PROPERTIES LP,<br><br>    Debtor. | Case No. 11-70893 RLE<br><br>**Chapter 11**<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: December 12, 2012<br>Time: 2:00 p.m.<br>Judge: Honorable Roger L. Efremsky<br>Place: United States Bankruptcy Court<br>       1300 Clay Street, Courtroom 201<br>       Oakland, CA 94612 |

# CERTIFICATE OF SERVICE

## United States Bankruptcy Court for the Northern District of California, Oakland Division

## Case No. 11-70893-RLE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5802. On November 21, 2012, I served the following document(s):

**NOTICE OF HEARING ON FIRST INTERIM OR FINAL APPLICATIONS FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES BY TRUSTEE AND PROFESSIONALS**

 **By Electronic Filing** said document(s) and transmission of the Notification of Electronic Filing by the Clerk to a Registered Participant(s), addressed as follows:

| | |
|---|---|
| **Counsel for Debtor**<br>Robert C. Borris, Jr.<br>Law Offices of Robert C. Borris, Jr.<br>21550 Foothill Blvd., 2nd Floor<br>Hayward, CA  94541<br>**Via ECF** | **U.S. Trustee**<br>Lynette C. Kelly<br>Trial Attorney<br>U.S. Department of Justice<br>Office of the United States Trustee<br>1301 Clay Street, Suite 690N<br>Oakland, California 94612-5231<br>**Via ECF** |
| **Counsel for Fremont Bank**<br>Terrance L. Stinnett, Esq.<br>39150 Fremont Blvd., 3rd Floor<br>Fremont, CA  94538<br>**Via ECF** | **Counsel for Rabobank, N.A., assignee of Federal Deposit Insurance Corporation, as Receiver of Pacific State Bank**<br>Boutin Jones Inc.<br>Attn:  Thomas G. Mouzes, Esq.<br>Attn:  Mark Gorton, Esq.<br>555 Capitol Mall, Suite 1500<br>Sacramento, CA  95814<br>**Via ECF** |
| **Counsel for Bay Area Employment Development Company**<br>Campeau Goodsell Smith, L.C.<br>Attn:  William J. Healy, Esq.<br>440 N. 1st Street, Suite 100<br>San Jose, CA  95112<br>**Via ECF** | **Counsel for Ramada Worldwide, Inc.**<br>Schiff Hardin LLP<br>Attn:  Nicole S. Magaline, Esq.<br>Attn:  C. Craig Bridwell, Esq.<br>One Market, Spear Street Tower, Suite 3200<br>San Francisco, CA  94105<br>**Via ECF** |
| **Counsel for Zions First National Bank**<br>Parkinson Phinney<br>Attn:  Donna T. Parkinson, Esq.<br>Attn:  Margaret E. Garms, Esq.<br>400 Capitol Mall, Suite 2560<br>Sacramento, CA  95814<br>**Via ECF** | **Counsel for Ramada Worldwide, Inc.**<br>Forman Holt Eliades & Ravin LLC<br>Attn:  Daniel M. Eliades, Esq.<br>80 Route 4 East<br>Paramus, NJ  07652<br>**Via ECF** |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

| | |
|---|---|
| Miller Law Group, P.C.<br>Benjamin D. Harvey, Esq.<br>260 Sheridan Avenue, Suite 208<br>Palo Alto, CA 94306<br>**Via ECF** | **Counsel for Dinesh Sawhney**<br>Law Offices of David L. Olson<br>1300 Clay Street, Suite 600<br>Oakland, CA 94612<br>Attn: David L. Olson, Esq.<br>**Via ECF** |
| **Counsel for Clovis Shaw Partners, LLC**<br>PivotPoint Law, P.C.<br>303 Twin Dolphin Drive, Suite 600<br>Redwood, City, CA 94065<br>Attn: Brian Y. Lee, Esq.<br>**Via ECF** | **Counsel for Dr. Bruce Rice**<br>Law Offices of James D. Wood<br>1300 Clay Street, Suite 600<br>Oakland, CA 94612<br>Attn: James D. Wood, Esq.<br>**Via ECF** |
| **Counsel for 99¢ Only Stores**<br>Greenwald, Pauly, Foster & Miller,<br>A Professional Corporation<br>1299 Ocean Avenue, Suite 400<br>Santa Monica, CA 90401-1007<br>Attn: Andrew S. Pauly, Esq.<br>**Via ECF** | |

☒ **By E-mail Transmission** to the individual as set forth below. I electronically transmitted the document via e-mail. I am readily familiar with my firm's practice for email transmissions. In sending the above described document by email, I followed the firm's ordinary business practices.

Michael Wright
Attorney at Law
5190 Governor Drive, #207
San Diego, CA 92122
**Via Email:** mwright@mikewrightlaw.com

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 21, 2012, in San Francisco, California.

            /s/ Nancy Hibbs
            Nancy Hibbs