WINSTON & STRAWN LLP
David A. Honig (SBN: 160721)
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
dhonig@winston.com

Counsel for Chapter 11 Trustee
JAMES S. LOWE II

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>SAWHNEY PROPERTIES LP,<br><br>Debtor. | Case No. 11-70893 RLE<br><br>**Chapter 11**<br><br>Date: January 30, 2013<br>Time: 2:00 p.m.<br>Judge: Honorable Roger L. Efremsky<br>Place: United States Bankruptcy Court<br>1300 Clay Street, Courtroom 201<br>Oakland, CA 94612 |

**NOTICE OF HEARING ON THIRD INTERIM APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES BY COUNSEL FOR CHAPTER 11 TRUSTEE**

**PLEASE TAKE NOTICE** that a hearing will be held on **January 30, 2013 at 2:00 p.m.** before the Honorable Roger L. Efremsky, United States Bankruptcy Judge, 1300 Clay Street, Courtroom 201, Oakland, CA 94612 to consider the third interim application for compensation and reimbursement of expenses of Winston & Strawn LLP, as counsel for James S. Lowe II, in his capacity as the duly appointed and acting trustee of Sawhney Properties LP, debtor in the above-captioned bankruptcy case (the "Application"), as follows:

| **Applicant and Address** | **Fees and Expenses Requested** |
|---|---|
| Winston & Strawn LLP<br>101 California Street, Suite 3900<br>San Francisco, CA 94111<br>Attn: David A. Honig, Esq. | Fees: $164,912.00<br>Expenses: $1,085.77<br>Total: $165,997.77<br>Period Covered by Third Interim Application:<br>August 1, 2012 through December 31, 2012 |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 9014-1(c)(2), any opposition to the Application must be filed with the Clerk of the Bankruptcy Court for the Northern District of California, Oakland Division, 1300 Clay Street, 3rd Floor, Oakland, California 94612 and served on the applicant no less than seven (7) days before the hearing date. Any opposition should also be served on Lynette C. Kelly, Esq., Office of the United States Trustee, 1300 Clay Street, Suite 690N, Oakland, California 94612.

**PLEASE TAKE FURTHER NOTICE** that failure to respond to the Application may be treated as consent to the relief requested.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application and supporting documents may be obtained from Winston & Strawn, LLP through the contact person and at the address listed above.

Dated: January 9, 2013                    WINSTON & STRAWN LLP


By: /s/ David A. Honig
    David A. Honig
    Attorneys for Chapter 11 Trustee
    JAMES S. LOWE II

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

SF:347687.1