James D. Wood, Cal. St. Bar. No. 106936
LAW OFFICES OF JAMES D. WOOD
1300 Clay Street, Suite 600
Oakland, California 94612
Tel. (510) 292-4280
Fax (925) 283-9663
E-mail: jdw@jdwoodlaw.com

Attorney for Creditors, Dr. Bruce Rice and East Bay Head
and Neck Surgery Medical Group, Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>SAWHNEY PROPERTIES, LP,<br><br>Debtor. | No. 11-70893 RLE<br><br>(Chapter 11)<br><br>**DECLARATION OF BRUCE RICE IN SUPPORT OF MOTION FOR ORDER REQUIRING ABANDONMENT OF PROPERTY**<br><br>Date: June 26, 2013<br>Time: 2:00 P.M.<br>Place: Courtroom 201<br>1300 Clay Street<br>Oakland Jose, CA<br>Judge: Hon. Roger Efremsky |

Dr. Bruce Rice declares:

1. I am a secured creditor in the above-captioned bankruptcy case and am a principal of East Bay Head and Neck Surgery Medical Group, Inc. and a beneficiary of its retirement plan ("EBH&N") which is also a secured creditor in the case. I have personal knowledge of the statements made in this declaration except as to matters stated to be on information and belief. I believe all statements made upon information and belief to be true. If called upon to testify, I can and would testify competently thereto. I have executed this declaration in support of my and

EBH&N's request that the bankruptcy court order the abandonment of the bankruptcy estate's interest in the properties commonly identified as 1106 85th Ave., Oakland CA, a residential duplex property sometimes identified as 1106-11098 85th Ave. (the "85th Ave. Property") and 1440 East Shaw Ave., Fresno, CA, a commercial restaurant property (the "Shaw Ave. Property").

2. On Jun 5, 2008, EBH&N's retirement plan loaned Sawhney Properties, LP, a California limited Partnership ("Sawhney Properties") $160,000 pursuant to a straight note dated August 29, 2008 providing for monthly interest only payments with the unpaid balance of the loan due on September 5, 2009 (the "85th Ave. Loan"). The 85th Ave. Loan was secured by a deed of trust dated August 29, 2008 and recorded on September 10, 2008 with the Alameda County California recorder encumbering the 85th Ave. Property (the "85th Ave. Deed of Trust"). By mutual course of dealings between EBH&N and Sawhney Properties, Sawhney Properties continued to pay and EBH&N continued to accept interest only payments on the 85th Ave. Loan after September 2009. Exhibit A attached hereto reflects the current balance owed pursuant to the 85th Ave. Loan including post petition interest but without inclusion of any allowance for attorneys fees or other post-petition charges including late fees.

3. Upon information and belief based upon documents delivered to me and the representations of the parties to me, on October 4, 2004, Jackson Federal Bank, loaned Dinesh Sawhney and Rashmi Sawhney, Trustees of the 195 Dinesh Sawhney and Rashmi Sawhney Revocable Trust, Dated 02-14-95 $786,000 pursuant to a promissory note of the same date (the "First Shaw Ave. Loan"). The First Shaw Ave. Loan was secured by a deed of trust dated October 4, 2004 and recorded on October 15, 2004 with the Fresno County California recorder encumbering the Shaw Ave. Property (the "First Shaw Ave. Deed of Trust"). On December 9, 2010, I became the holder of the First Shaw Ave. Loan and related security by assignment from Union Bank which had previously purchased that loan from Jackson Federal

Bank. Upon information and belief, prior to assignment of the First Shaw Ave. Loan to me, Sawhney Properties had acquired the Shaw Ave. Fresno Property subject to that loan. By agreement between myself and Sawhney Properties made after the assignment to me, certain modifications of the terms of the First Shaw Ave. Loan have been provided for intended to reduce the obligations and payments originally owed by the borrowers. Exhibit B attached hereto reflects the current balance owed pursuant on the First Shaw Ave. Loan incorporating such modifications including post petition interest but without inclusion of any allowance for attorneys fees or other post-petition charges including late fees.

4. On August 5, 2008, EBH&N's retirement plan loaned Sawhney Properties, $215,000 pursuant to a straight note dated July 31, 2008 providing for monthly interest only payments with the unpaid balance of the loan due on August 5, 2009. The foregoing loan was secured by a deed of trust dated July 31, 2008 and recorded on August 5, 2008 with the Fresno County California recorder encumbering the Shaw Ave. Fresno Property (the "Second Shaw Ave. Loan" and the "Second Shaw Ave. Deed of Trust"). Based upon the foregoing, the First Shaw Ave. Loan is secured by a first priority lien on the Shaw Ave. Fresno Property and the Second Shaw Ave. Loan is secure by a second priority lien on the same property. By various agreements between EBH&N and Sawhney Properties the Second Shaw Ave. Loan was extended to August 5, 2011 subject to an additional advance made by EBH&N to Sawhney Properties on April 21, 2010. Exhibit C attached hereto reflects the current balance owed pursuant to the Second Shaw Ave. Loan subject to the agreed extension and advance including post petition interest but without inclusion of any allowance for attorneys fees or other post-petition charges including late fees.

5. The following Exhibits are attached:

Table of Exhibits

| Description of Document | Exhibit |
|---|---|
| Balance Owed Computations -- 85th Ave. Loan | A |
| Balance Owed Computations -- First Shaw Ave. Loan | B |
| Balance Owed Computations -- Second Shaw Ave. Loan) | C |

I declare that the foregoing is true under penalty of perjury under the laws of the United States. Executed on May 21, 2013 within the United States.

/s/ Bruce Rice
Dr. Bruce Rice

# EXHIBIT A

85th Ave. Oakland Loan, Secured by 1st D/T

| Line No. | Date | Description of Event | Amount Added to Principal | Late Fees & Other Charges | Payment Amount | Payment Applied to Interest Late Fees & Other Charges | Payment Applied to Principal | Cumulative Unpaid Interest, Late Fees & Other Charges | New Principal | New Payoff Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/5/2008 | Initial Advance | $160,000.00 | Not Included | | | $0.00 | $0.00 | $160,000.00 | $160,000.00 |
| 2 | 9/12/2008 | Payment-Prepaid Interest | | Not Included | $9,600.00 | $9,600.00 | $0.00 | ($9,231.78) | $160,000.00 | $150,768.22 |
| 3 | 4/11/2009 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $267.40 | $160,000.00 | $160,267.40 |
| 4 | 5/13/2009 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $350.68 | $160,000.00 | $160,350.68 |
| 5 | 6/12/2009 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $328.77 | $160,000.00 | $160,328.77 |
| 6 | 7/15/2009 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $464.66 | $160,000.00 | $160,464.66 |
| 7 | 8/14/2009 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $442.74 | $160,000.00 | $160,442.74 |
| 8 | 9/20/2009 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $789.04 | $160,000.00 | $160,789.04 |
| 9 | 10/15/2009 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $504.11 | $160,000.00 | $160,504.11 |
| 10 | 11/9/2009 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $219.18 | $160,000.00 | $160,219.18 |
| 11 | 12/14/2009 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $460.27 | $160,000.00 | $160,460.27 |
| 12 | 1/14/2010 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $490.96 | $160,000.00 | $160,490.96 |
| 13 | 2/16/2010 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $626.85 | $160,000.00 | $160,626.85 |
| 14 | 3/12/2010 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $289.32 | $160,000.00 | $160,289.32 |
| 15 | 4/14/2010 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $425.21 | $160,000.00 | $160,425.21 |
| 16 | 6/16/2010 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $2,139.18 | $160,000.00 | $162,139.18 |
| 17 | 6/25/2010 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $1,012.60 | $160,000.00 | $161,012.60 |
| 18 | 7/15/2010 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $464.66 | $160,000.00 | $160,464.66 |
| 19 | 8/13/2010 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $390.14 | $160,000.00 | $160,390.14 |
| 20 | 9/13/2010 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $420.82 | $160,000.00 | $160,420.82 |
| 21 | 10/13/2010 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $398.90 | $160,000.00 | $160,398.90 |
| 22 | 11/15/2010 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $534.79 | $160,000.00 | $160,534.79 |
| 23 | 12/14/2010 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $460.27 | $160,000.00 | $160,460.27 |
| 24 | 1/14/2011 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $490.96 | $160,000.00 | $160,490.96 |
| 25 | 2/16/2011 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $626.85 | $160,000.00 | $160,626.85 |
| 26 | 3/14/2011 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $394.52 | $160,000.00 | $160,394.52 |
| 27 | 4/11/2011 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $267.40 | $160,000.00 | $160,267.40 |
| 28 | 5/9/2011 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $140.27 | $160,000.00 | $160,140.27 |

Case: 11-70893    Doc# 341    Filed: 05/29/13    Entered: 05/29/13 18:44:36    Page 6 of 12

85th Ave. Oakland Loan, Secured by 1st D/T

| Line No. | Date | Description of Event | Amount Added to Principal | Late Fees & Other Charges | Payment Amount | Payment Applied to Interest Late Fees & Other Charges | Payment Applied to Principal | Cumulative Unpaid Interest, Late Fees & Other Charges | New Principal | New Payoff Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 6/7/2011 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $65.75 | $160,000.00 | $160,065.75 |
| 30 | 7/11/2011 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $254.25 | $160,000.00 | $160,254.25 |
| 31 | 8/9/2011 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $179.73 | $160,000.00 | $160,179.73 |
| 32 | 9/15/2011 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $526.03 | $160,000.00 | $160,526.03 |
| 33 | 10/12/2011 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $346.30 | $160,000.00 | $160,346.30 |
| 34 | 10/12/2011 | Balance Inquiry - Sawhney Petition Date | | Not Included | | $0.00 | $0.00 | $346.30 | $160,000.00 | $160,346.30 |
| 35 | 11/25/2011 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $1,060.82 | $160,000.00 | $161,060.82 |
| 36 | 12/12/2011 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $355.07 | $160,000.00 | $160,355.07 |
| 37 | 1/16/2012 | Payment | | Not Included | $1,600.00 | $1,600.00 | $0.00 | $596.16 | $160,000.00 | $160,596.16 |
| 38 | 5/21/2013 | Balance Inquiry | | Not Included | | $0.00 | $0.00 | $26,424.11 | $160,000.00 | $186,424.11 |
| | | Totals | | | $64,000.00 | $64,000.00 | $0.00 | | | |
| | | Final Balances | | | | | | $26,424.11 | $160,000.00 | $186,424.11 |

# EXHIBIT B

1440 East Shaw Ave., Fresno Loan, Secured by 1st D/T (Jackson Federal Bank Loan)

| Line № | Date | Description of Event | Amount Added to Principal | Late Fees & Other Charges | Late Fees & Other Charges | Days elapsed since last event | Interest Per Day | Interest Accrued since last event | Payment Amount | Payment Applied to Interest Late Fees & Other Charges | Payment Applied to Principal | New Cumulative Unpaid Interest, Late Fees & Other Charges | New Principal | New Payoff Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/10/2010 | Agreed Modified Principal Balance Subject to other modifications | $351,350.58 | | Not Included | 0 | $0.00 | $0.00 | | | | | | |
| 2 | 12/15/2010 | Payment | | | Not Included | 5 | $115.51 | $577.56 | $456.00 | $456.00 | $0.00 | $121.56 | $351,350.58 | $351,472.14 |
| 3 | 1/14/2011 | Payment | | | Not Included | 30 | $115.51 | $3,465.38 | $3,513.50 | $3,513.50 | $0.00 | $73.44 | $351,350.58 | $351,424.02 |
| 4 | 2/25/2011 | Payment | | | Not Included | 42 | $115.51 | $4,851.53 | $3,513.51 | $3,513.51 | $0.00 | $1,411.45 | $351,350.58 | $352,762.03 |
| 5 | 3/29/2011 | Payment | | | Not Included | 32 | $115.51 | $3,696.40 | $3,513.51 | $3,513.51 | $0.00 | $1,594.34 | $351,350.58 | $352,944.92 |
| 6 | 5/1/2011 | Payment | | | Not Included | 33 | $115.51 | $3,811.91 | $3,513.51 | $3,513.51 | $0.00 | $1,892.75 | $351,350.58 | $353,243.33 |
| 7 | 5/24/2011 | Payment | | | Not Included | 23 | $115.51 | $2,656.79 | $3,513.50 | $3,513.50 | $0.00 | $1,036.04 | $351,350.58 | $352,386.62 |
| 8 | 6/22/2011 | Payment | | | Not Included | 29 | $115.51 | $3,349.86 | $3,513.51 | $3,513.51 | $0.00 | $872.39 | $351,350.58 | $352,222.97 |
| 9 | 7/27/2011 | Payment | | | Not Included | 35 | $115.51 | $4,042.94 | $3,513.51 | $3,513.51 | $0.00 | $1,401.82 | $351,350.58 | $352,752.40 |
| 10 | 8/29/2011 | Payment | | | Not Included | 33 | $115.51 | $3,811.91 | $3,513.50 | $3,513.50 | $0.00 | $1,700.23 | $351,350.58 | $353,050.81 |
| 11 | 9/26/2011 | Payment | | | Not Included | 28 | $115.51 | $3,234.35 | $3,513.50 | $3,513.50 | $0.00 | $1,421.08 | $351,350.58 | $352,771.66 |
| 12 | 10/12/2011 | Balance Inquiry - Sawhney Petition date | | | Not Included | 16 | $115.51 | $1,848.20 | | $0.00 | $0.00 | $3,269.28 | $351,350.58 | $354,619.86 |
| 13 | 10/29/2011 | Payment | | | Not Included | 33 | $115.51 | $3,811.91 | $3,513.50 | $3,513.50 | $0.00 | $1,719.49 | $351,350.58 | $353,070.07 |
| 14 | 11/25/2011 | Payment | | | Not Included | 27 | $115.51 | $3,118.84 | $3,513.50 | $3,513.50 | $0.00 | $1,324.83 | $351,350.58 | $352,675.41 |
| 15 | 12/30/2011 | Payment | | | Not Included | 35 | $115.51 | $4,042.94 | $3,513.50 | $3,513.50 | $0.00 | $1,854.27 | $351,350.58 | $353,204.85 |
| 16 | 1/26/2012 | Payment | | | Not Included | 27 | $115.51 | $3,118.84 | $3,513.50 | $3,513.50 | $0.00 | $1,459.61 | $351,350.58 | $352,810.19 |
| 17 | 5/21/2013 | Balance Inquiry | | | Not Included | 481 | $115.51 | $55,561.52 | | $0.00 | $0.00 | $57,021.13 | $351,350.58 | $408,371.71 |
| | | Totals | | | | | | $105,000.88 | $46,131.55 | $46,131.55 | $0.00 | | | |
| | | Final Balances | | | | | | | | | | $57,021.13 | $351,350.58 | $408,371.71 |

-1

# EXHIBIT C

1440 East Shaw Ave., Fresno Loan, Secured by 2d D/T (7/31/2008 Note)

| Line No. | Date | Description of Event | Amount Added to Principal | Late Fees & Other Charges | Interest Accrued since last event | Payments and recharacter-izations | Payment Applied to Interest Late Fees & Other Charges | Payment Applied to Principal | New Cumulative Unpaid Interest, Late Fees & Other Charges | New Principal Balance | New Payoff Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8/5/2008 | Initial Advance | $215,000.00 | $0.00 | $0.00 | | | | $0.00 | $215,000.00 | $215,000.00 |
| 2 | 8/6/2008 | Prepaid Interest | | $0.00 | $70.68 | $12,970.68 | $12,970.68 | $0.00 | ($12,900.00) | $215,000.00 | $202,100.00 |
| 3 | 3/9/2009 | Payment | | $0.00 | $15,197.26 | $2,150.00 | $2,150.00 | $0.00 | $147.27 | $215,000.00 | $215,147.27 |
| 4 | 4/11/2009 | Payment | | $0.00 | $2,332.60 | $2,150.00 | $2,150.00 | $0.00 | $329.87 | $215,000.00 | $215,329.87 |
| 5 | 5/13/2009 | Payment | | $0.00 | $2,261.92 | $2,150.00 | $2,150.00 | $0.00 | $441.79 | $215,000.00 | $215,441.79 |
| 6 | 6/12/2009 | Payment | | $0.00 | $2,120.55 | $2,150.00 | $2,150.00 | $0.00 | $412.33 | $215,000.00 | $215,412.33 |
| 7 | 7/14/2009 | Payment | | $0.00 | $2,261.92 | $2,150.00 | $2,150.00 | $0.00 | $524.25 | $215,000.00 | $215,524.25 |
| 8 | 8/14/2009 | Payment | | $0.00 | $2,191.23 | $2,150.00 | $2,150.00 | $0.00 | $565.48 | $215,000.00 | $215,565.48 |
| 9 | 9/20/2009 | Payment | | $0.00 | $2,615.34 | $2,150.00 | $2,150.00 | $0.00 | $1,030.83 | $215,000.00 | $216,030.83 |
| 10 | 10/15/2009 | Payment | | $0.00 | $1,767.12 | $2,150.00 | $2,150.00 | $0.00 | $647.95 | $215,000.00 | $215,647.95 |
| 11 | 11/9/2009 | Payment | | $0.00 | $1,767.12 | $2,150.00 | $2,150.00 | $0.00 | $265.07 | $215,000.00 | $215,265.07 |
| 12 | 12/14/2009 | Payment | | $0.00 | $2,473.97 | $2,150.00 | $2,150.00 | $0.00 | $589.05 | $215,000.00 | $215,589.05 |
| 13 | 1/14/2010 | Payment | | $0.00 | $2,191.23 | $2,150.00 | $2,150.00 | $0.00 | $630.28 | $215,000.00 | $215,630.28 |
| 14 | 2/16/2010 | Payment | | $0.00 | $2,332.60 | $2,150.00 | $2,150.00 | $0.00 | $812.88 | $215,000.00 | $215,812.88 |
| 15 | 3/12/2010 | Payment | | $0.00 | $1,696.44 | $2,150.00 | $2,150.00 | $0.00 | $359.32 | $215,000.00 | $215,359.32 |
| 16 | 4/14/2010 | Payment | | $0.00 | $2,332.60 | $2,150.00 | $2,150.00 | $0.00 | $541.92 | $215,000.00 | $215,541.92 |
| 17 | 4/21/2010 | Add. Advance | $35,000.00 | $0.00 | $494.79 | | $0.00 | $0.00 | $1,036.72 | $250,000.00 | $251,036.72 |
| 18 | 6/10/2010 | Add 4 late fee charges | | $1,000.00 | $4,109.59 | | $0.00 | $0.00 | $5,146.31 | $250,000.00 | $255,146.31 |
| 19 | 6/10/2010 | 4 interest payments of $2,500 and 4 late fees of $250 added to principal in lieu of payment in cash | $11,000.00 | $0.00 | $0.00 | $11,000.00 | $11,000.00 | $0.00 | ($5,853.69) | $261,000.00 | $255,146.31 |
| 20 | 6/16/2010 | Payment | | $0.00 | $514.85 | $2,500.00 | $2,500.00 | $0.00 | ($7,838.84) | $261,000.00 | $253,161.16 |
| 21 | 7/15/2010 | Payment | | $0.00 | $2,488.44 | $2,599.00 | $2,599.00 | $0.00 | ($7,949.41) | $261,000.00 | $253,050.59 |
| 22 | 1/5/2011 | Payment | | $0.00 | $14,930.63 | $2,610.00 | $2,610.00 | $0.00 | $4,371.22 | $261,000.00 | $265,371.22 |
| 23 | 2/16/2011 | Payment | | $0.00 | $3,603.95 | $2,610.00 | $2,610.00 | $0.00 | $5,365.17 | $261,000.00 | $266,365.17 |

-1-

Case: 11-70893   Doc# 341   Filed: 05/29/13   Entered: 05/29/13 18:44:36   Page 11 of 12

1440 East Shaw Ave., Fresno Loan, Secured by 2d D/T (7/31/2008 Note)

| Line No. | Date | Description of Event | Amount Added to Principal | Late Fees & Other Charges | Interest Accrued since last event | Payments and recharacter-izations | Payment Applied to Interest Late Fees & Other Charges | Payment Applied to Principal | New Cumulative Unpaid Interest, Late Fees & Other Charges | New Principal Balance | New Payoff Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 3/14/2011 | Payment | | $0.00 | $2,231.01 | $2,610.00 | $2,610.00 | $0.00 | $4,986.18 | $261,000.00 | $265,986.18 |
| 25 | 4/11/2011 | Payment | | $0.00 | $2,402.63 | $2,610.00 | $2,610.00 | $0.00 | $4,778.81 | $261,000.00 | $265,778.81 |
| 26 | 5/9/2011 | Payment | | $0.00 | $2,402.63 | $2,610.00 | $2,610.00 | $0.00 | $4,571.44 | $261,000.00 | $265,571.44 |
| 27 | 6/7/2011 | Payment | | $0.00 | $2,488.44 | $2,610.00 | $2,610.00 | $0.00 | $4,449.88 | $261,000.00 | $265,449.88 |
| 28 | 7/11/2011 | Payment | | $0.00 | $2,917.48 | $2,610.00 | $2,610.00 | $0.00 | $4,757.36 | $261,000.00 | $265,757.36 |
| 29 | 8/9/2011 | Payment | | $0.00 | $2,488.44 | $2,610.00 | $2,610.00 | $0.00 | $4,635.80 | $261,000.00 | $265,635.80 |
| 30 | 9/15/2011 | Payment | | $0.00 | $3,174.90 | $2,610.00 | $2,610.00 | $0.00 | $5,200.70 | $261,000.00 | $266,200.70 |
| 31 | 10/12/2011 | Payment | | $0.00 | $2,316.82 | $2,610.00 | $2,610.00 | $0.00 | $4,907.53 | $261,000.00 | $265,907.53 |
| 32 | 10/12/2011 | Balance Inquiry - Sawhney Petition Date | | $0.00 | $0.00 | | $0.00 | $0.00 | $4,907.53 | $261,000.00 | $265,907.53 |
| 33 | 11/25/2011 | Payment | | Not Included | $3,775.56 | $2,610.00 | $2,610.00 | $0.00 | $6,073.09 | $261,000.00 | $267,073.09 |
| 34 | 12/12/2011 | Payment | | Not Included | $1,458.74 | $2,610.00 | $2,610.00 | $0.00 | $4,921.83 | $261,000.00 | $265,921.83 |
| 35 | 1/16/2012 | Payment | | Not Included | $3,003.29 | $2,610.00 | $2,610.00 | $0.00 | $5,315.11 | $261,000.00 | $266,315.11 |
| 36 | 5/21/2013 | Balance Inquiry | | Not Included | $42,131.84 | | $0.00 | $0.00 | $47,446.95 | $261,000.00 | $308,446.95 |
| | | Totals | | | $140,546.63 | $93,099.68 | $93,099.68 | $0.00 | | | |
| | | Final Balances | | | | | | | $47,446.95 | $261,000.00 | $308,446.95 |

Case: 11-70393   Doc# 341   Filed: 05/29/13   Entered: 05/29/13 18:44:36   Page 12 of 12