David A. Honig (SBN 160721)
JOSEPH & COHEN, P.C.
1855 Market Street
San Francisco, CA 94103
Phone: (415) 817-9200
david@josephandcohen.com

Counsel for Chapter 11 Trustee
JAMES S. LOWE II

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>SAWHNEY PROPERTIES LP,<br><br>Debtor. | **Case No. 11-70893 RLE**<br><br>**Chapter 11**<br><br>**EIGHTH STATUS CONFERENCE REPORT OF JAMES S. LOWE II, CHAPTER 11 TRUSTEE**<br><br>Date: August 27, 2013<br>Time: 1:30 a.m.<br>Judge: Honorable Roger L. Efremsky<br>Place: United States Bankruptcy Court<br>1300 Clay Street, Courtroom 201<br>Oakland, CA 94612 |

James S. Lowe II, in his capacity as chapter 11 trustee (the "Trustee") for Sawhney Properties LP (the "Debtor"), respectfully submits the following as his eighth status conference report in the above-captioned chapter 11 case.

1. The Debtor commenced this case on October 12, 2011. No committee of unsecured creditors has been appointed. On January 24, 2012, the Office of the United States Trustee appointed the Trustee, which appointment was approved by this Court's order of the same date.

2. At a status conference on June 25, 2013 (the "June 2013 Conference"), the Trustee presented his seventh status report herein. This eighth status report summarizes activities of the Trustee, his accountant and counsel since the date of the June 2013 Conference.

3. Monthly Operating Reports; Taxes; Insurance. The Debtor's operating reports have been

1

completed and filed for the months of June and July 2013.[1] All required payments to federal, state and local taxing authorities have been timely made in connection with the Debtor's properties and operations. All required insurance policies remain in force.

4. <u>Quarterly Fees</u>. The Trustee believes that no quarterly fees assessed by the Office of the United States Trustee are currently due or past due.

5. <u>Update on Estate Administration</u>. As outlined at earlier conferences, the Trustee has continued his analysis of the steps remaining to conclude the administration of this estate. Status updates are summarized below.

6. <u>Allowance and Payment of Final Ramada Administrative Expenses</u>. At the time of the June 2013 Conference, the only vendor reconciliation processes remaining open related to the Debtor's former Ramada Inn property. First, in late April 2013 (over eight months after succeeding to ownership of the Ramada through stay relief and foreclosure in August 2012), Oceanic West Sacramento LP paid certain service arrearages to the City of West Sacramento, a portion of which constituted administrative obligations of the estate. The Trustee investigated and analyzed the scope of such obligations and, on August 17, 2013, tendered an administrative reimbursement payment to Oceanic in a net reconciled amount of $22,305.20. Second, the pre- and postpetition fees of franchisor Ramada Worldwide Incorporated ("<u>RWI</u>") required final reconciliation. The Trustee calculated the estate's administrative obligations to RWI, net of (a) certain postpetition payments that RWI had erroneously applied to prepetition debt,[2] (b) amounts properly assessed to Oceanic or its successors in interest, and (c) amounts claimed for interest and late fees. On August 24, 2013, the Trustee tendered a proposed administrative payment to RWI in the net amount of $55,996.65, which the Trustee expects to confirm and pay within the next two weeks.

7. <u>Abandonment of Fresno Property and Oakland Property</u>. Pursuant to the Court's order entered on July 8, 2013, at the request of secured creditors Dr. Bruce Rice and East Bay Head & Neck

---

[1] Although each operating report incorporates consolidated and separate cash flow histories for each of the Debtor's property locations, certain aspects of the operating reports may later be amended or restated with respect to income and expense allocations affected by the Court's stay relief orders and related foreclosure proceedings.

[2] After satisfaction of its administrative claims, RWI will retain a claim for prepetition unpaid fees in an amount to be reconciled shortly.

Case: 11-70893    Doc# 351    Filed: 08/26/13    Entered: 08/26/13 16:01:45    Page 2 of 3

Surgery Medical Group, Inc., the Trustee abandoned the Debtor's interests in the restaurant located at 140 Shaw Avenue (Fresno) and the residential duplex at 1106 85th Avenue (Oakland). Promptly after entry of the Court's order, the Trustee communicated in writing with each of the tenants of these properties and otherwise arranged for the transfer of responsibility and authority to Mr. Dinesh Sawhney, as representative of the Debtor out of possession. The Trustee understands that, pursuant to the abandonment order and by operation of law, the estate's responsibility and authority with respect to these properties terminated as of June 26, 2013, the date of the hearing on the abandonment motion, or the date of entry of the order, as applicable.

  8. <u>Prospective Conversion for Final Distributions; Trustee Fees; Substantial Contribution</u>. The Trustee and his counsel continue to work with the Office of the United States Trustee regarding the potential conversion of this case to a case under Chapter 7 for the purpose of enacting final distributions to general unsecured creditors. Estate professionals remain concerned that because of the unusual features of this case, the compensation directly available to the Trustee under section 326 of the Bankruptcy Code may fall significantly below his actual expenditure of time. The Trustee will seek the Court's guidance regarding a potential request for enhancement under section 503(b)(3)(D) of the Bankruptcy Code.

Dated: August 26, 2013

                By: /s/ James S. Lowe II
                   JAMES S. LOWE II
                   Chapter 11 Trustee

Prepared by:

JOSEPH & COHEN, P.C.

By: /s/ David A. Honig
   David A. Honig
   Counsel for Chapter 11 Trustee
   JAMES S. LOWE II