David A. Honig (SBN 160721)
JOSEPH & COHEN, P.C.
1855 Market Street
San Francisco, CA 94103
Phone: (415) 817-9200
david@josephandcohen.com

Proposed Counsel for Proposed Chapter 7 Trustee
JAMES S. LOWE II

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>SAWHNEY PROPERTIES LP,<br><br>Debtor. | Case No. 11-70893 RLE<br><br>**Chapter 7**<br><br>**SUBMISSION BY JAMES S. LOWE II, PROPOSED CHAPTER 7 TRUSTEE, OF SCHEDULE OF UNPAID CHAPTER 11 ADMINISTRATIVE EXPENSES (FRBP 1019(5)(A)(I))**<br><br>[No Hearing Required] |

James S. Lowe II, proposed chapter 7 trustee (in such capacity, the "Proposed Chapter 7 Trustee") for Sawhney Properties LP (the "Debtor"), respectfully submits the following:

1. The Debtor commenced this case by filing a chapter 11 petition on October 12, 2011. On January 24, 2012, the Office of the United States Trustee ("UST") designated James S. Lowe II to serve as chapter 11 trustee herein (in such capacity, the "Chapter 11 Trustee"), which designation was approved by this Court's order of the same date. Mr. Lowe served as Chapter 11 Trustee in the Debtor's case through October 3, 2013.

2. On October 3, 2013, at the request of the Chapter 11 Trustee, the Court entered its order (the "Conversion Order") converting the Debtor's chapter 11 case to a case under chapter 7 of the Bankruptcy Code. On October 4, 2013, the UST filed its Appointment of Trustee and Approval of Bond herein, requesting the appointment of the former Chapter 11 Trustee to serve as chapter 7 trustee in the

1

Debtor's Case.

3. Pursuant to the Conversion Order and the provisions of Fed. R. Bankr. P. 1019(5)(A)(i), the Proposed Chapter 7 Trustee respectfully submits the schedule of unpaid debts incurred after the commencement of the Debtor's chapter 11 case, but prior to conversion of such case, attached hereto as Exhibit A.

Dated: October 18, 2013

By: /s/ James S. Lowe II
JAMES S. LOWE II
Chapter 11 Trustee

Prepared by:

JOSEPH & COHEN, P.C.

By: /s/ David A. Honig
David A. Honig
Counsel for Chapter 11 Trustee
JAMES S. LOWE II