David A. Honig (SBN 160721)
JOSEPH & COHEN, P.C.
1855 Market Street
San Francisco, CA 94103
Phone: (415) 817-9200
david@josephandcohen.com

Proposed Counsel for Proposed Chapter 7 Trustee
JAMES S. LOWE II

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>SAWHNEY PROPERTIES LP,<br><br>    Debtor. | Case No. 11-70893 RLE<br><br>**Chapter 7**<br><br>**EXHIBIT A TO SUBMISSION BY JAMES S. LOWE II, PROPOSED CHAPTER 7 TRUSTEE, OF SCHEDULE OF UNPAID CHAPTER 11 ADMINISTRATIVE EXPENSES (FRBP 1019(5)(A)(I))**<br><br>**(SCHEDULE OF UNPAID EXPENSES)** |

# Sawhney Properties LP

Unpaid Chapter 11 Administrative Expenses

| Party | Description | Amount |
|---|---|---|
| **ESTIMATED PROFESSIONAL FEES AND EXPENSES (Subject to Court Approval):** | | |
| James Lowe II<br>P.O. Box 97<br>Laton, California  93242 | Chapter 11 Trustee - Fees & Expenses | 15,838.00 |
| Winston & Strawn<br>c/o Randy Rogers, Esq.<br>101 California Street<br>San Francisco, California  94111-5802 | Counsel for Trustee - Fees & Expenses | 96,000.00 |
| Joseph and Cohen, P.C.<br>c/o David Honig, Esq.<br>1855 Market Street<br>San Francisco, California  94103 | Counsel for Trustee - Fees & Expenses | 17,000.00 |
| Gabrielson & Company<br>1605 School Street<br>Moraga, California  94556 | Accountant for Trustee - Fees & Expenses | 68,779.70 |

# Sawhney Properties LP

Unpaid Chapter 11 Administrative Expenses

| Party | Description | Amount |
|---|---|---:|
| **OTHER EXPENSES:** | | |
| Office of United States Trustee<br>1301 Clay Street, Suite 690N<br>Oakland, California  94612-5217 | UST Fees (2nd and 3rd Qtr 2013) | 1,300.00 |
| Ramada Worldwide Inc.<br>c/o Michael J. Connolly, Esq.<br>Forman, Holt, Eliades & Youngman LLC<br>80 Route 4 East, Suite 290<br>Paramus, New Jersey  07652 | Trade Debt | 55,996.65 |
| Department of Industrial Relations<br>2031 Howe Avenue, Suite 100<br>Sacramento, California  95825 | Trade Debt - Stale Check | 225.00 |
| Western Landscape<br>P.O. Box 340630<br>Sacramento, CA  95834 | Trade Debt - Stale Check | 1,713.00 |
| DirectTV<br>P.O. Box 60036<br>Los Angeles, CA  90060-0036 | Trade Debt - Stale Check | 359.97 |
| Sysco - Sacramento<br>7062 Pacific Avenue<br>Pleasant Grove, CA  95668 | Trade Debt - Stale Check | 3,940.60 |
| State Compensation Insurance Board<br>P.O. Box 254700<br>Sacramento, California  95865 | Trade Debt - Stale Check | 5,855.08 |
| | | **267,008.00** |