Form OCH

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Sawhney Property LP<br>  aka   Sawhney Properties LLC (GP)<br>                Debtor(s) | Case No.: 11–70893 RLE 7<br>Chapter:  7 |

## ORDER FOR DEBTOR(S) TO APPEAR AT
## CONTINUED MEETING OF CREDITORS

Parties are hereby notified that the meeting of creditors is continued to:

| **DATE:**  November 1, 2013 | **TIME:**  02:00 PM |
|---|---|
| **LOCATION:**  Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612 | |

A failure of the debtor(s) to appear at the aforementioned continued meeting of creditors may result in dismissal of this case without further notice or hearing.

Dated: 10/30/13

By the Court:

Roger L. Efremsky
United States Bankruptcy Judge