United State Bankruptcy court

Northern District, Oakland

FILED
NOV – 1 2013
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

RECEIVED
2013 NOV –1 PM 2:42
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND,CA.

Case # 11-70893

CHANGE OF ADDRESS

DINESH SAWHNEY

Please note my new address:

156 Las Quebradas Lane

Alamo, Ca. 94507

Dinesh Sawhney                    Date: 29/10/13

Tel. (510) 593-9111