```
1  JOSEPH & COHEN, P.C.
   David A. Honig (SBN: 160721)
2  1855 Market Street
   San Francisco, CA  94103
3  Telephone (415) 817-9200
   david@josephandcohen.com
4
   Counsel for Chapter 7 Trustee
5  JAMES S. LOWE II
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 11-70893 RLE |
| | Chapter 7 |
| SAWHNEY PROPERTIES L.P., | Date: January 22, 2014<br>Time: 2:00 p.m.<br>Judge: Honorable Roger Efremsky<br>Place: United States Bankruptcy Court |
| Debtor. | 1300 Clay Street, Courtroom 201<br>Oakland, CA  94162 |

**EXHIBIT A TO**
**SUPPLEMENTAL DECLARATION OF DAVID A. HONIG IN SUPPORT OF**
**FOURTH INTERIM AND FINAL APPLICATION FOR COMPENSATION FOR**
**SERVICES AND REIMBURSEMENT OF EXPENSES BY WINSTON & STRAWN LLP,**
**FORMER COUNSEL TO CHAPTER 11 TRUSTEE (CHAPTER 11 MATTERS)**

**Professional Activity Summary**

| Task Code | Task Description | Classification | Name | Rate | Hours | Amount |
|---|---|---|---|---:|---:|---:|
| N1 | Pre-Mediation Activity | Partner | D. Honig | 790.00 | 8.00 | 6,320.00 |
| | | Associate | L. Llewellyn | 525.00 | 25.20 | 13,230.00 |
| | | Paralegal | T. Sien | 305.00 | 0.50 | 152.50 |
| | | | Category Total: | | 33.70 | 19,702.50 |
| | Grand Total All Categories | Partner | D. Honig | 790.00 | 8.00 | 6,320.00 |
| | | Associate | L. Llewellyn | 525.00 | 25.20 | 13,230.00 |
| | | Paralegal | T. Sien | 305.00 | 0.50 | 152.50 |
| | | | Grand Total: | | 33.70 | 19,702.50 |

**Professional Fees Statement**

| Atty | Class | Rate | Date | Hours | Amount | Description of Services Rendered |
|---|---|---:|---|---:|---:|---|
| **Task: N1 Pre-Mediation Activity** | | | | | | |
| L. Llewellyn | Associate | 525.00 | 01/04/13 | 0.30 | 157.50 | Correspondence with D. Honig re case strategy and review correspondence from opposing counsel re mediation |
| D. Honig | Partner | 790.00 | 01/08/13 | 0.50 | 395.00 | Planning for mediation of insider avoidance action |
| L. Llewellyn | Associate | 525.00 | 01/08/13 | 0.70 | 367.50 | Confer with D. Honig re mediation (.2); Correspondence with opposing counsel re mediation (.1); Review and revise stipulation and order re mediation (.4) |
| D. Honig | Partner | 790.00 | 01/09/13 | 0.70 | 553.00 | Analyze issues related to mediation of insider avoidance action |
| L. Llewellyn | Associate | 525.00 | 01/09/13 | 0.10 | 52.50 | Correspondence with opposing counsel re mediation and discovery and confer with D. Honig re same (.1) |

**Professional Activity Summary**

| Task Code | Task Description | Classification | Name | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|
| | D. Honig | Partner | 790.00 | 01/10/13 | 0.80 | 632.00 | Planning for mediation of insider avoidance action |
| | L. Llewellyn | Associate | 525.00 | 01/10/13 | 1.50 | 787.50 | Draft correspondence to opposing counsel re mediation and discovery (.4); telephone conference with D. Honig re same (.2); finalize stipulation and order re BDRP mediation (.5); review Judge Efremsky's procedures re filing and service of orders and direct assistant re same (.4) |
| | D. Honig | Partner | 790.00 | 01/11/13 | 0.30 | 237.00 | Prepare for and attend mediation con call |
| | L. Llewellyn | Associate | 525.00 | 01/11/13 | 1.30 | 682.50 | Multiple telephone conferences with mediator and opposing counsel re mediation and correspondence re same (.6); oversee filing of stipulation and order assigning case to BDRP (.4); review case calendar for upcoming deadlines and correspondence with docket department re same (.3) |
| | D. Honig | Partner | 790.00 | 01/16/13 | 1.90 | 1,501.00 | Prepare response to Olson re open litigation issues and work with CPA and Trustee re same |
| | L. Llewellyn | Associate | 525.00 | 01/16/13 | 0.40 | 210.00 | Analyze correspondence from opposing counsel re limiting issues for mediation and informal exchange of information in preparation for mediation (.2), correspondence with D. Honig re same (.2) |
| | L. Llewellyn | Associate | 525.00 | 01/30/13 | 0.70 | 367.50 | Review and analyze case documents in preparation for mediation and drafting mediation brief re same (.7) |
| | D. Honig | Partner | 790.00 | 01/31/13 | 0.90 | 711.00 | Continue planning for mediation of insider avoidance action |
| | L. Llewellyn | Associate | 525.00 | 01/31/13 | 4.30 | 2,257.50 | Review and analyze case documents (1.3); draft mediation brief (1.0); legal research re fraudulent transfers (1.4); draft correspondence to D. Honig re issues to address in mediation brief (.5); correspondence with M. Gabrielson re potential overstatements (.1) |
| | L. Llewellyn | Associate | 525.00 | 02/01/13 | 6.70 | 3,517.50 | Review and analyze case documents in preparation for mediation and draft mediation brief (3.6), further research re fraudulent transfers (2.5), confer with D. Honig re mediation brief (.2), correspondence with D. Honig and M. Gabrielson re potential overstatements (.2), |

**Professional Activity Summary**

| Task Code | Task Description | Classification | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|
| | | | | | | correspondence with defense counsel re same (.2) |
| | L. Llewellyn | Associate | 525.00 | 02/02/13 | 1.50 | 787.50 | Revise draft mediation brief |
| | L. Llewellyn | Associate | 525.00 | 02/03/13 | 5.30 | 2,782.50 | Finalize draft of mediation brief and legal research in support of same (5.3) |
| | D. Honig | Partner | 790.00 | 02/04/13 | 1.50 | 1,185.00 | Draft mediation letter brief |
| | L. Llewellyn | Associate | 525.00 | 02/04/13 | 0.80 | 420.00 | Multiple telephone conferences with D. Honig re mediation brief and edit same (.6); correspondence re transcript of continued meeting of unsecured creditors and review transcript re same (.2) |
| | T. Sien | Paralegal | 305.00 | 02/04/13 | 0.50 | 152.50 | Work on Sawhney 341 hearing transcript and exhibits to mediation brief |
| | D. Honig | Partner | 790.00 | 02/05/13 | 1.40 | 1,106.00 | Revise mediation letter brief |
| | L. Llewellyn | Associate | 525.00 | 02/05/13 | 1.60 | 840.00 | Review revisions to mediation brief and confer with D. Honig re same (.5), cite check mediation brief and prepare supporting documents for submission to mediator (1.1) |
| **Task Total:** | | | | **33.70** | **19,702.50** | |

**Total Due This Invoice**      **$19,702.50**

**Professional Activity Summary**

| Task Code | Task Description | Classification | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| N2 | Mediation and Follow-Up | Partner | D. Honig | 790.00 | 9.50 | 7,505.00 |
| | | Associate | L. Llewellyn | 525.00 | 19.90 | 10,447.50 |
| | | | Category Total: | | 29.40 | 17,952.50 |
| | Grand Total All Categories | Partner | D. Honig | 790.00 | 9.50 | 7,505.00 |
| | | Associate | L. Llewellyn | 525.00 | 19.90 | 10,447.50 |
| | | | Grand Total: | | 29.40 | 17,952.50 |

**Professional Fees Statement**

| Atty | Class | Rate | Date | Hours | Amount | Description of Services Rendered |
|---|---|---|---|---|---|---|
| **Task: N2 Mediation and Follow-Up** | | | | | | |
| D. Honig | Partner | 790.00 | 02/06/13 | 0.40 | 316.00 | Review defendants' mediation brief and organize responsive investigations |
| L. Llewellyn | Associate | 525.00 | 02/06/13 | 1.30 | 682.50 | Finalize mediation brief and supporting documents and correspondence with mediator, D. Honig, and opposing counsel re same |
| D. Honig | Partner | 790.00 | 02/07/13 | 2.00 | 1,580.00 | Draft query memo to secured lenders re value of "services" claimed by Dinesh Sawhney in defense of avoidance action; analyze solvency claims made by defendants; work with CPA and Trustee re same; prepare for mediation |
| L. Llewellyn | Associate | 525.00 | 02/07/13 | 2.70 | 1,417.50 | Multiple telephone conferences with D. Honig re mediation strategy (.6), correspondence with mediator and opposing counsel re mediation brief (.3), review and analyze defendants' mediation brief |

**Professional Activity Summary**

| Task Code | Task Description | Classification | Rate | Date | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | and declaration in support (1.1), review and analyze correspondence and financial reports from M. Gabrielson in preparation for mediation (.6), telephone conference with M. Gabrielson re same (.1) |
| | L. Llewellyn | Associate | 525.00 | 02/08/13 | 0.70 | 367.50 | Correspondence with mediator re mediation logistics (.2), analyze defendant's legal and factual arguments in preparation for mediation (.5) |
| | L. Llewellyn | Associate | 525.00 | 02/09/13 | 0.10 | 52.50 | Correspondence with counsel and mediator re potential conflict and resolution |
| | D. Honig | Partner | 790.00 | 02/11/13 | 0.60 | 474.00 | Prepare for mediation |
| | L. Llewellyn | Associate | 525.00 | 02/11/13 | 2.30 | 1,207.50 | Confer with D. Honig re preparation for upcoming mediation and demand (.1), correspondence with client and M. Gabrielson re same (.2), draft application for 2004 examination and correspondence to defense counsel re same in preparation for mediation (1.9), correspondence with D. Honig re same (.1) |
| | D. Honig | Partner | 790.00 | 02/12/13 | 0.20 | 158.00 | Revise settlement demand |
| | L. Llewellyn | Associate | 525.00 | 02/12/13 | 2.10 | 1,102.50 | Telephone conference with client, M. Gabrielson, and D. Honig re strategy for upcoming mediation and possible settlement demand (.5), draft confidential settlement demand letter and confer with D. Honig re revisions to same (.9), correspondence with opposing counsel re settlement demand (.1), prepare for upcoming mediation and correspondence with D. Honig re same (.6) |
| | D. Honig | Partner | 790.00 | 02/13/13 | 2.50 | 1,975.00 | Participate in mediation; revise requests for information from defendants |
| | L. Llewellyn | Associate | 525.00 | 02/13/13 | 8.40 | 4,410.00 | Attend all-day mediation with client, D. Honig, and M. Gabrielson (7.3), draft requests for information from defendants and confer with D. Honig, M. Gabrielson, and client re same (1.1) |
| | L. Llewellyn | Associate | 525.00 | 02/14/13 | 0.30 | 157.50 | Correspondence with opposing counsel, D. Honig, client, and M. Gabrielson re requests for information (.1), review case calendar and |

**Professional Activity Summary**

| Task Code | Task Description | Classification | Rate | Name | Hours | Amount | |
|---|---|---|---|---|---|---|---|
| | | | | | | | correspondence with docket department re updates to same (.2) |
| | D. Honig | Partner | 790.00 | 02/18/13 | 0.60 | 474.00 | Work with team on response to defendants' delays in delivering disclosure materials |
| | L. Llewellyn | Associate | 525.00 | 02/18/13 | 0.10 | 52.50 | Correspondence with opposing counsel re requests for information |
| | D. Honig | Partner | 790.00 | 02/19/13 | 1.70 | 1,343.00 | Address defendants' change of counsel and review final letter from Olson re transfers; work with Trustee on his investigation re same |
| | L. Llewellyn | Associate | 525.00 | 02/19/13 | 0.30 | 157.50 | Correspondence with opposing counsel re requests for information (.1), confer with D. Honig re case strategy (.2) |
| | D. Honig | Partner | 790.00 | 02/20/13 | 0.60 | 474.00 | Communications with D. Smyth (new counsel for defendants) re status, disclosures and need for settlement |
| | L. Llewellyn | Associate | 525.00 | 02/20/13 | 1.40 | 735.00 | Review and analyze responses to requests for information (.8), confer with M. Gabrielson and client re same (.3), confer with D. Honig re case status and strategy (.3) |
| | D. Honig | Partner | 790.00 | 02/21/13 | 0.90 | 711.00 | Further communications with D. Smyth re facts, disclosures, investigation and settlement issues |
| | L. Llewellyn | Associate | 525.00 | 02/22/13 | 0.20 | 105.00 | Correspondence with mediator re continued mediation and confer with D. Honig re same |
| **Task Total:** | | | | | **29.40** | **17,952.50** | |

**Total Due This Invoice**      **$17,952.50**

# WINSTON & STRAWN LLP

James S. Lowe II

Invoice No: 2362141
Invoice Date: 01/17/14
Page No.: 3

**00001 Sawhney Properties L.P.**

**Professional Activity Summary**

| Task Code | Task Description | Classification | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| N3 | Initial Settlement Activity | Partner | D. Honig | 790.00 | 8.90 | 7,031.00 |
| | | Associate | L. Llewellyn | 525.00 | 15.30 | 8,032.50 |
| | | Paralegal | T. Sien | 305.00 | 3.70 | 1,128.50 |
| | | | Category Total: | | 27.90 | 16,192.00 |
| | Grand Total All Categories | Partner | D. Honig | 790.00 | 8.90 | 7,031.00 |
| | | Associate | L. Llewellyn | 525.00 | 15.30 | 8,032.50 |
| | | Paralegal | T. Sien | 305.00 | 3.70 | 1,128.50 |
| | | | Grand Total: | | 27.90 | 16,192.00 |

**Professional Fees Statement**

| Atty | Class | Rate | Date | Hours | Amount | Description of Services Rendered |
|---|---|---|---|---|---|---|
| **Task: N3 Initial Settlement Activity** | | | | | | |
| D. Honig | Partner | 790.00 | 02/24/13 | 0.50 | 395.00 | Further call with Smyth re litigation |
| D. Honig | Partner | 790.00 | 02/25/13 | 1.60 | 1,264.00 | Correspondence and call with Smyth; analyze documents received from him; work with CPA on transfer analysis; draft and finalize transmittals to Smyth re investigation and analysis |
| L. Llewellyn | Associate | 525.00 | 02/25/13 | 0.50 | 262.50 | Correspondence with D. Honig, client, and M. Gabrielson re analysis of responses to requests for information and strategy re same (.4); correspondence with opposing counsel re settlement negotiations (.1) |
| D. Honig | Partner | 790.00 | 02/26/13 | 0.50 | 395.00 | Work with Smyth and Fremont Bank re stipulation for or subpoena for delivery of bank records of defendants, affiliates and family |

**Professional Activity Summary**

| Task Code | Task Description | Classification | Rate | Date | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | members |
| | L. Llewellyn | Associate | 525.00 | 02/26/13 | 0.20 | 105.00 | Correspondence with D. Honig and opposing counsel re case status and settlement negotiations |
| | D. Honig | Partner | 790.00 | 02/27/13 | 0.80 | 632.00 | Follow up with Smyth and Fremont Bank re bank records |
| | L. Llewellyn | Associate | 525.00 | 02/27/13 | 1.80 | 945.00 | Confer with D. Honig re case status and strategy (.3); draft requests for documents to Fremont Bank in support of settlement efforts and research in support of same (1.2); confer with M. Gabrielson re same (.3) |
| | D. Honig | Partner | 790.00 | 02/28/13 | 0.30 | 237.00 | Work with team on response to Smyth's comments |
| | L. Llewellyn | Associate | 525.00 | 02/28/13 | 2.40 | 1,260.00 | Telephone conference with opposing counsel re exchange of information and potential settlement (.4); strategize and confer with D. Honig re same (.8); draft correspondence to opposing counsel confirming agreement re same (.2); review and analyze case calendar for accuracy of upcoming deadlines and correspondence with D. Honig re same (.7), draft correspondence to opposing counsel re stipulation re discovery responses (.3) |
| | D. Honig | Partner | 790.00 | 03/01/13 | 0.90 | 711.00 | Communications with Smyth and Trustee; draft and deliver settlement proposal |
| | L. Llewellyn | Associate | 525.00 | 03/01/13 | 0.50 | 262.50 | Confer with D. Honig re case status and settlement strategy (.3), review correspondence with opposing counsel re same (.2) |
| | T. Sien | Paralegal | 305.00 | 03/01/13 | 0.70 | 213.50 | Work with D. Honig re pending 9019 motion; research on notice period and local rules; follow up with D. Honig re status |
| | D. Honig | Partner | 790.00 | 03/03/13 | 0.60 | 474.00 | Responses to defendants' backsliding on settlement issues; work with Trustee re same |
| | L. Llewellyn | Associate | 525.00 | 03/03/13 | 0.30 | 157.50 | Correspondence with client, M. Gabrielson, and opposing counsel re settlement negotiations |
| | D. Honig | Partner | 790.00 | 03/04/13 | 1.80 | 1,422.00 | Coordinate subpoena to Fremont Bank; make counteroffer to defendants; numerous interactions with Smyth; investigate bank |

## WINSTON & STRAWN LLP

| James S. Lowe II | | Invoice No | 2362141 |
|---|---|---|---|
| | | Invoice Date | 01/17/14 |
| | | Page No. | 5 |
| **00001 Sawhney Properties L.P.** | | | |

**Professional Activity Summary**

| Task Code | Task Description | Classification | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|
| | | | | | | account attachment and amendment of complaint; work with Trustee re above |
| | L. Llewellyn | Associate | 525.00 | 03/04/13 | 7.70 | 4,042.50 | Confer with D. Honig re settlement negotiations, case status, and strategy (.5); draft subpoena to Fremont Bank and legal research re same (3.2); correspondence with Fremont Bank and opposing counsel re same (.2); legal research and analysis re substitution of doe defendants, amending complaint, ex parte motions, writs of attachment and temporary protective orders and confer with D. Honig re same (3.3); review correspondence with D. Honig, client, M. Gabrielson, and opposing counsel re settlement negotiations (.5) |
| | T. Sien | Paralegal | 305.00 | 03/04/13 | 2.30 | 701.50 | Work with L. Llwellyn re service of adversary subpoenas (.3); revise Fremont Bank and defendants subpoenas and proofs of service (.6); follow up with L. Llwellyn re status (.2); update files (.2); work with D. Honig re 9019 motion and settlement agreement (.7); update files (.3) |
| | D. Honig | Partner | 790.00 | 03/05/13 | 0.20 | 158.00 | Communications with Smyth re amending complaint and related matters |
| | L. Llewellyn | Associate | 525.00 | 03/05/13 | 0.80 | 420.00 | Review correspondence from D. Honig and opposing counsel re settlement negotiations (.2); draft summary of legal research re attachment proceedings and research re same (.3); confer with D. Honig re case status and strategy (.3), |
| | D. Honig | Partner | 790.00 | 03/06/13 | 0.90 | 711.00 | Further communications with Smyth and Trustee; address new settlement offers |
| | L. Llewellyn | Associate | 525.00 | 03/06/13 | 0.80 | 420.00 | Legal research re stipulated judgment and draft same (.6), correspondence with D. Honig re case status and settlement strategy (.2) |
| | D. Honig | Partner | 790.00 | 03/07/13 | 0.80 | 632.00 | Conclude settlement terms with Smyth and Trustee |
| | L. Llewellyn | Associate | 525.00 | 03/07/13 | 0.30 | 157.50 | Correspondence with D. Honig, M. Gabrielson, client and opposing |

**Professional Activity Summary**

| Task Code | Task Description | Classification | Rate | Name | Hours | Amount | |
|---|---|---|---|---|---|---|---|
| | | | | | | | counsel re case status and settlement strategy |
| | T. Sien | Paralegal | 305.00 | 03/07/13 | 0.70 | 213.50 | Review settlement communications; revise service list; review procedures for filing Trustee's 9019 motion and related papers |
| **Task Total:** | | | | | **27.90** | **16,192.00** | |

**Total Due This Invoice**      **$16,192.00**

**Professional Activity Summary**

| Task Code | Task Description | Classification | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| N4 | Final Settlement Process | Partner | D. Honig | 790.00 | 13.30 | 10,507.00 |
| | | Associate | L. Llewellyn | 525.00 | 3.10 | 1,627.50 |
| | | Paralegal | T. Sien | 305.00 | 7.80 | 2,379.00 |
| | | | Category Total: | | 24.20 | 14,513.50 |
| | Grand Total All Categories | Partner | D. Honig | 790.00 | 13.30 | 10,507.00 |
| | | Associate | L. Llewellyn | 525.00 | 3.10 | 1,627.50 |
| | | Paralegal | T. Sien | 305.00 | 7.80 | 2,379.00 |
| | | | Grand Total: | | 24.20 | 14,513.50 |

**Professional Fees Statement**

| Atty | Class | Rate | Date | Hours | Amount | Description of Services Rendered |
|---|---|---|---|---|---|---|
| **Task: N4 Final Settlement Process** | | | | | | |
| D. Honig | Partner | 790.00 | 03/08/13 | 3.50 | 2,765.00 | Draft settlement agreement; coordinate OST for 9019 motion; interactions with Smyth re Dinesh demands and deposit issues; confer with Trustee, Mouzes re same and related matters |
| L. Llewellyn | Associate | 525.00 | 03/08/13 | 0.40 | 210.00 | Correspondence with D. Honig and opposing counsel re settlement negotiations and implementation |
| T. Sien | Paralegal | 305.00 | 03/08/13 | 1.90 | 579.50 | Research schedules, amended schedules, and claims register for insiders/affiliates claims (1.1); work with D. Honig re Dinesh settlement and 9019 motion (.4); review Judge Efremsky's calendar and follow up with D. Honig (.2); review communications re status of settlement (.2) |

**Professional Activity Summary**

| Task Code | Task Description | Classification | | Name | Rate | Hours | Amount | |
|---|---|---|---|---|---|---|---|---|
| | D. Honig | Partner | 790.00 | 03/09/13 | 1.60 | 1,264.00 | Work with Smyth and revise settlement agreement; further interactions re Dinesh's demands | |
| | D. Honig | Partner | 790.00 | 03/10/13 | 2.20 | 1,738.00 | Further interactions with Smyth and Trustee re settlement issues | |
| | D. Honig | Partner | 790.00 | 03/11/13 | 4.00 | 3,160.00 | Draft and finalize 9019 motion papers and related motion for OST | |
| | L. Llewellyn | Associate | 525.00 | 03/11/13 | 0.10 | 52.50 | Correspondence with opposing counsel re settlement | |
| | T. Sien | Paralegal | 305.00 | 03/11/13 | 3.50 | 1,067.50 | Work with D. Honig re finalizing ex parte motion, declarations, and exhibits (.7); review and prepare exhibits to Trustee's 9019 motion (.6); review final versions of 9019 motion, declaration, ex parte motion, declaration, and exhibits (.8); draft certificates of service (.4); prepare motions for filing and service (.6); follow up with D. Honig re status (.4) | |
| | T. Sien | Paralegal | 305.00 | 03/11/13 | 0.70 | 213.50 | Work with D. Honig re 9019 motion and logistics (.3); review docket and assist with ex parte motion papers (.4) | |
| | D. Honig | Partner | 790.00 | 03/12/13 | 0.70 | 553.00 | Continued interactions with Smyth re deposit and release issues | |
| | L. Llewellyn | Associate | 525.00 | 03/12/13 | 0.10 | 52.50 | Correspondence with opposing counsel re settlement | |
| | T. Sien | Paralegal | 305.00 | 03/12/13 | 1.00 | 305.00 | Work on 9019 motion's notice of hearing (.4); review docket for OST (.1); follow up with D. Honig re status (.2); review notice and coordinate filing and service (.3) | |
| | D. Honig | Partner | 790.00 | 03/13/13 | 0.50 | 395.00 | Further work with Smyth and Trustee re preparations for settlement | |
| | L. Llewellyn | Associate | 525.00 | 03/13/13 | 0.20 | 105.00 | Correspondence with opposing counsel re settlement | |
| | T. Sien | Paralegal | 305.00 | 03/19/13 | 0.60 | 183.00 | Work on materials for pending hearing on 9019 motion | |
| | D. Honig | Partner | 790.00 | 03/20/13 | 0.50 | 395.00 | Attend settlement approval hearing and follow up re same | |
| | L. Llewellyn | Associate | 525.00 | 03/20/13 | 0.20 | 105.00 | Correspondence with opposing counsel and D. Honig re settlement implementation | |
| | D. Honig | Partner | 790.00 | 03/21/13 | 0.30 | 237.00 | Memo to Smyth re timeline; revise form of dismissal; follow up re | |

Case: 11-70893   Doc# 375-1   Filed: 01/21/14   Entered: 01/21/14 12:04:30   Page 13 of 14

**Professional Activity Summary**

| Task Code | Task Description | Classification | | Name | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | wire transfer problems | | |
| | L. Llewellyn | Associate | 525.00 | 03/21/13 | 1.40 | 735.00 | Draft stipulation re dismissal and correspondence with D. Honig and opposing counsel re settlement | |
| | L. Llewellyn | Associate | 525.00 | 03/22/13 | 0.20 | 105.00 | Correspondence with opposing counsel and D. Honig re settlement | |
| | L. Llewellyn | Associate | 525.00 | 04/06/13 | 0.10 | 52.50 | Correspondence with D. Honig re dismissal of adversary proceeding | |
| | L. Llewellyn | Associate | 525.00 | 04/08/13 | 0.40 | 210.00 | Finalize stipulation for dismissal and oversee filing of same (.4) | |
| | T. Sien | Paralegal | 305.00 | 04/23/13 | 0.10 | 30.50 | Finalize proposed 9019 settlement order for upload | |
| **Task Total:** | | | | | **24.20** | **14,513.50** | | |

 

**Total Due This Invoice**     **$14,513.50**