James S. Lowe, Trustee
8360 20 ½ Ave.
Lemoore, CA 93245
Telephone: (559) 584-8982
E-mail: jim@executivesedge.net

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

In re:

SAWHNEY PROPERTIES LP,

    Debtor.

Case No. 11-70893 RLE

Chapter 7

(No hearing required)

## NOTICE OF UNCLAIMED FUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Attached hereto is Trustee's Check No. 1039, in the amount of $15,284.02, representing the total of unclaimed dividends in the above-captioned Bankruptcy Estate which will create a zero balance in the Estate's Trust Account. Said funds are being paid over to the Court pursuant to Bankruptcy Rule 3011. The names and addresses of the claimants entitled to the said unclaimed dividends are as follows:

| Claim No. | Name & Address of Claimant | Amount of the Allowed Claim | Amount of the Dividend Paid |
|---|---|---|---|
| Sch. F | Water Quality Control<br>600 San Pablo Ave.<br>Pinole, CA 94564 | $1,000.00 | $94.93 |

Case: 11-70893 RLE   Doc# 441   Filed: 10/26/17   Entered: 10/26/17 15:47:21   Page 1 of 2

| | | | |
|---|---|---|---|
| Sch. F | General Service Administration<br>450 Golden Gate Ave. #4<br>San Francisco, CA 94102 | $160,000.00 | $15,189.09 |

Respectfully Submitted,

Dated: October 23, 2017

*James S. Lowe*
James S. Lowe, Chapter 7 Trustee